FILED 3/23/2026 PJJ
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



**Amended & Corrected Motions to Transfer**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

**Notice of Electronic Filing**

The following transaction was entered by Widlanski, Benjamin on 3/20/2026 at 4:31 PM EDT and filed on 3/20/2026

**Case Name:** IN RE: Nitrogen, Phosphorus, and Potassium (NPK) Fertilizer Antitrust Litigation
**Case Number:** Pending No. 14
**Filer:**
**Document Number:** 2

**Docket Text:**
**MOTION TO TRANSFER (CORRECTED) -- *(re: pldg. [1] )* Correcting the following items: Signature block, Schedule of Actions, Proof of service, -- Filed by: *Plaintiff IIHAB Partnership* (Attachments: # (1) Brief Corrected Memorandum of Law in Support of Motion to Transfer, # (2) Schedule of Actions Corrected Schedule of Actions, # (3) Oral Argument Statement Corrected Request for Oral Argument, # (4) Proof of Service Corrected Proof of Service) (Widlanski, Benjamin)**

**Pending No. 14 Notice has been electronically mailed to:**

**Pending No. 14 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=3/20/2026] [FileNumber=1321136-0] [67bb4bc65787ba70b84358e8331ab83a4477034bd6146b57d6ac92dc474c9c0a529f 4c5bd2652eb813c1bdde1a4bdd1fbf71a9c1e4489be6d8e73761229307db]]
**Document description:**Brief Corrected Memorandum of Law in Support of Motion to Transfer
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=3/20/2026] [FileNumber=1321136-1] [63a286207ff173b2fd1b6d8e3d3b630dabd3786b77fff736c42405cc36fc9259dd25 23338b37f55c0e852bae0d5d996739d115ae880ab8e53c727c15d21ced10]]
**Document description:**Schedule of Actions Corrected Schedule of Actions
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=3/20/2026] [FileNumber=1321136-2] [477a36bfde52758a49e2cb962187b5a1cb0f8776fc5a852a39cee364cc9e47ccdcb5 d585a97e3dfa3b63edf9210282ffc0903254aa1db3a0a80e5d3d571525d3]]
**Document description:**Oral Argument Statement Corrected Request for Oral Argument
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=3/20/2026] [FileNumber=1321136-3] [1fa5b705175c834f0e41fc78f27498e578da6e1d2b9bfef448c3e739460bfd5bf0f1 e8d2f8dbd9414e18470148987615ea70cc0c67cb302ee3935c62a67a58bd]]

**Document description:**Proof of Service Corrected Proof of Service
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=3/20/2026] [FileNumber=1321136-4]
[5c1551547b37ccbff5560efc5fb61a9c65bf9dcb3ecdbb4c5807b0dd949b4a050556
159aacf6214b5bbccb18d52bacaa6d7a6427816bda62967951e0d96270af]]

**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE NPK FERTILIZER ANTITRUST LITIGATION | MDL No. |

**PLAINTIFF'S CORRECTED MOTION TO TRANSFER RELATED ACTIONS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Plaintiff IIHAB Partnership in the matter *IIHAB P'ship v. Nutrien Ltd., et al.*, No. 4:26-cv-00221 (W.D. Mo. Mar. 16, 2026) respectfully moves this Panel for an order pursuant to 28 U.S.C. § 1407 transferring the actions identified in the attached Schedule of Related Actions to the Western District of Missouri for coordinated or consolidated pretrial proceedings. In support of its motion, the Movant states as follows:

1. To date, at least five actions have been filed across the country against the largest manufacturers of nitrogen (N), phosphorus (P), and potassium (K) fertilizer ("NPK Fertilizer").[1] These actions allege that the Manufacturers Defendants conspired to unreasonably restrain trade by artificially reducing or eliminating competition and raising or fixing prices with respect to the production, sale, marketing, and distribution of NPK Fertilizer sold in the United States.

2. Five actions resting on this scheme have been filed to date: (a) two direct purchaser actions pending in the Northern District of Illinois; (b) one direct purchaser action pending in the

[1] The Manufacturer Defendants that have been named in one or more cases that have been filed to date include: Nutrien Ltd. and Nutrien AG Solutions (together, the "Nutrien Defendants"); The Mosaic Co. and Mosaic Fertilizer, LLC (together, the "Mosaic Defendants"); CF Industries Holdings, Inc., CF Industries, Inc., and CF Industries Nitrogen LLC (together, the "CF Defendants"); Koch Industries, LLC, Koch AG & Energy Solutions, LLC, Koch Fertilizer Wever, LLC, Koch Agronomics Services, LLC, and Koch Fertilizer, LLC (together, the "Koch Defendants"); Yara International ASA and Yara North America, Inc. (together, the "Yara Defendants"); and Canpotex Ltd. Movant has also named associated organizations, the International Fertilizer Association and The Fertilizer Institute, as Defendants in its action.

District of Colorado; (c) one indirect purchaser action pending in the District of Kansas; and (d) Movant's direct purchaser action pending in the Western District of Missouri. The first was filed on March 7, 2026.

3. Transfer and centralization of these cases and any related cases to be filed will further the goals of 28 U.S.C. § 1407 by conserving judicial and party resources, reducing costs, and preventing inconsistent pretrial rulings.

4. Given the national scope of the alleged conspiracy, Missouri is the most convenient location for parties and witnesses. Transfer to the Western District of Missouri would allow the Panel to assign the actions to a centrally located district with substantial resources and experience in managing complex multidistrict litigation.

5. This Motion is based on the accompanying Memorandum in Support of Motion to Transfer and Schedule of Related Actions that have been filed concurrently.

WHEREFORE, the Movant respectfully requests that the Panel order that the Related Actions, as well as any cases that may be subsequently filed asserting related or similar claims, be transferred to the Western District of Missouri for consolidated or coordinated pretrial proceedings.

Dated: March 20, 2026

Respectfully submitted,

By: <u>*/s/ Benjamin J. Widlanski*</u>
Benjamin J. Widlanski (Fla. 1010644)
Brandon M. Sadowsky (Fla. 1052643)
Lindsey E. Graham (Fla. 1069593)
**KOZYAK TROPIN THROCKMORTON LLP**
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, Florida 33134
Tel: (305) 372-1800 / Fax: (305) 372-3508
bwidlanski@kttlaw.com
bsadowsky@kttlaw.com
lgraham@kttlaw.com

By: */s/ Gene P. Graham, Jr.*
Gene P. Graham, Jr. (Mo. 34950)
Bryan T. White (Mo. 55805)
**WHITE, GRAHAM, BUCKLEY, & CARR, LLC**
19049 East Valley View Parkway, Ste. C
Independence, Missouri 64055
Tel: (816) 373-9080 / Fax: (816) 373-9319
ggraham@wagblaw.com
bwhite@wagblaw.com

By: */s/ Joseph R. Saveri*
Joseph R. Saveri (Cal. 130064)
Diane S. Rice (Cal. 118303)
Cadio Zirpoli (Cal. 179108)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94104
Tel: (415) 500-6800 / Fax: (415) 395-9940
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
drice@saverilawfirm.com

By: */s/ Clayton A. Jones*
Clayton A. Jones (Mo. 51802)
**CLAYTON JONES, ATTORNEY AT LAW**
P.O. Box 257 405 W. 58 Hwy.
Raymore, Missouri 64083
Tel: (816) 318-4266 / Fax: (816) 318-4267
clayton@claytonjoneslaw.com

*Attorneys for Movant/Plaintiff,*
*IIHAB PARTNERSHIP*

**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE NPK FERTILIZER ANTITRUST LITIGATION | MDL No. |

**CORRECTED MEMORANDUM IN SUPPORT OF MOTION TO TRANSFER RELATED ACTIONS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Plaintiff IIHAB Partnership in the matter *IIHAB P'ship v. Nutrien Ltd., et al.*, No. 4:26-cv-00221 (W.D. Mo. Mar. 16, 2026) respectfully submits this memorandum of law in support of its Motion to Transfer Related Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings.

Movant filed a Class Action Complaint in the Western District of Missouri in which it alleges that Defendants Nutrien Ltd. and Nutrien AG Solutions (together, the "Nutrien Defendants"); The Mosaic Co. and Mosaic Fertilizer, LLC (together, the "Mosaic Defendants"); CF Industries Holdings, Inc.; Koch Industries, LLC, Koch AG & Energy Solutions, LLC, Koch Fertilizer Wever, LLC, Koch Agronomics Services, LLC, and Koch Fertilizer, LLC (together, the "Koch Defendants"); Yara International ASA and Yara North America, Inc. (together, the "Yara Defendants"); Cantopex Ltd.; International Fertilizer Association ("IFA"); and The Fertilizer Institute ("TFI") conspired to unreasonably restrain trade in violation of Section 1 of the Sherman Act, 15 U.S.C. § 1, by artificially reducing or eliminating competition and raising or fixing prices with respect to the production, sale, marketing, and distribution of nitrogen (N), phosphorus (P), and potassium (K) fertilizer ("NPK Fertilizer") sold in the United States. The Complaint further alleges that Defendants' unlawful conduct substantially lessened competition in the market for NPK Fertilizer in the United States in violation of Section 7 of the Clayton Act, 15 U.S.C. § 18.

To date, four other cases have been filed across the United States raising substantially similar allegations. Three other direct purchasers of NPK Fertlizer have filed class action complaints raising similar allegations in the Northern District of Illinois and the District of Colorado. Further, indirect purchasers of NPK Fertilizer filed an additional class action complaint alleging the same conduct in the District of Kansas.

Transfer and centralization of these actions to the Western District of Missouri will advance the efficient resolution of this litigation and serve the convenience of the parties and witnesses. The Western District of Missouri is the most convenient location for the parties and witnesses given the conspiracy's national scop—directly tied to farmlands largely concentrated in the Midwest—and has the requisite resources to effectively manage this multidistrict litigation.

**FACTUAL AND PROCEDURAL BACKGROUND**

This litigation arises from a years-long scheme through which Defendants consolidated the NPK Fertilizer industry and colluded to raise prices for NPK Fertilizer nationwide. *See IIHAB P'ship v. Nutrien Ltd., et al.*, No. 4:26-cv-00221 (W.D. Mo. Mar. 16, 2026), Compl. ¶¶ 2–3. What was once a competitive market composed of numerous independent manufacturers has, through a series of private equity roll-ups and acquisitions, transformed into a highly concentrated industry controlled by a cartel of manufacturers comprised of the Nutrien Defendants, the Mosaic Defendants, CF Industries Holdings, Inc., the Koch Defendants, the Yara Defendants, and Cantopex Ltd. (together, the "Manufacturer Defendants"). *Id.* ¶ 1.

In the late 1970s and early 1980s, there were fifty-six major nitrogen companies, twenty-five companies that mined phosphate rock, and fifteen major potash companies operating in the United States and Canada. *Id.* ¶ 71. Today, market power is consolidated in only a handful of NPK Fertilizer manufacturers. *Id.* ¶¶ 72–76. The Manufacturer Defendants loom over the NPK Fertilizer

market where, together, they control 82% of the nitrogen market, over 90% of the potash market, and 91% of the phosphate market. *Id.* ¶ 73.

As the Manufacturer Defendants increased their market power and reduced competition, they ultimately chose to cooperate with one another rather than compete against each other. *Id.* ¶¶ 77–79. Through exclusive trade organizations run by Defendants TFI and IFA, Defendants conspired to exchange confidential and competitively sensitive information, which enabled them to align output decisions and maintain supracompetitive pricing. *Id.* ¶¶ 116–41. For example, Defendants exchange trade data through various platforms, including TFI's Fertilizer Reporting Solutions platform that, as TFI has explained, is an area of the industry "where we don't need to compete." *Id.* ¶ 140.

The results of the conspiracy have been significant and nationwide. NPK Fertilizer prices have been rising since at least 2020 and remain at an elevated rate far exceeding inflation and any legitimate cost-based explanation. *Id.* ¶¶ 83–88, 102–03. Ordinary market principles cannot explain the extreme profit margins the Manufacturer Defendants benefit from. Although the cost of goods sold increased by only 58% following 2020, the Manufacturing Defendants' profits soared. *Id.* ¶ 83. As U.S. farmers have experienced a decrease in their net farm income by nearly 30%—from $182 billion in 2022 to $127.5 billion in 2024—the Manufacturer Defendants' corporate profits increased nearly 300% and NPK Fertilizer prices doubled. *Id.* ¶ 100. These artificial price increases and the deliberate collusion among Defendants have caused strain on farmers across the country, impairing their ability to sustain their businesses and production.

As of present, three other direct purchaser plaintiffs have filed similar claims—in the Northern District of Illinois and District of Colorado. *See Stevens v. Nutrien Ag Solutions, et al.*, No. 1:26-cv-02585 (N.D. Ill. Mar. 7, 2026); *Union Line Farms, Inc. v. Mosaic Co., et al.*, No.

1:26-cv-01043 (D. Co. Mar. 13, 2026); *Rumbold v. Nutrien Ag Solutions, et al.*, No. 1:26-cv-03051 (N.D. Ill. Mar. 18, 2026). One indirect purchaser plaintiff has also filed a class action complaint alleging similar conduct in the District of Kansas. *See Matson v. Koch Fertilizer, LLC, et al.*, No. 2:26-cv-02146 (D. Ka. Mar. 16, 2026). Movant filed its direct-purchaser case in the Western District of Missouri. *See IIHAB P'ship v. Nutrien Ltd., et al.*, No. 4:26-cv-00221 (W.D. Mo. Mar. 16, 2026). All of these Related Actions are at the same early procedural posture, as Defendants have not yet responded or moved to dismiss in any of the cases.

## ARGUMENT

### I. Transfer and Centralization Fulfills the Goals of Section 1407.

"When civil actions involving one or more common questions of fact are pending in different districts," this Panel may transfer such actions "to any district for coordinated or consolidated pretrial proceedings," if transfer will serve "the convenience of parties and witnesses and will promote the just and efficient conduct of such actions." 28 U.S.C. § 1407(a). Coordination under Section 1407 "eliminate[s] the potential for conflicting contemporaneous pretrial rulings by coordinate district and appellate courts in multidistrict related civil actions." *In re Plumbing Fixture Cases*, 298 F. Supp. 484, 491–92 (J.P.M.L. 1968). Because these requirements are met here, the Panel should transfer the Related Actions to the Western District of Missouri for coordinated or consolidated pretrial proceedings.

#### *A. The Related Actions involve common questions of fact.*

For purposes of Section 1407, common factual questions exist where multiple actions assert similar "core factual allegations" and "can be expected to focus on a significant number of common events, defendants, and/or witnesses." *In re Unumprovident Corp. Sec., Derivative & "ERISA" Litig.*, 280 F. Supp. 2d 1377, 1379 (J.P.M.L. 2003). Section 1407 "does not require a complete identity or even majority of common factual issues as a prerequisite to transfer" but

rather only requires that the actions share one or more factual issues. *In re Ins. Brokerage Antitrust Litig.*, 360 F. Supp. 2d 1371, 1372 (J.P.M.L. 2005).

Notably, the Panel routinely finds centralization appropriate for antitrust cases. *See, e.g.*, *In re Qualcomm Antitrust Litig.*, 273 F. Supp. 3d 1373, 1375 (J.P.M.L. 2017) (finding consolidation appropriate where cases "assert similar claims for violations of federal and state antitrust and consumer protection laws"); *In re Visa/Mastercard Antitrust Litig.*, 295 F. Supp. 2d 1379, 1380 (J.P.M.L. 2003) (same); *In re Polyester Staple Antitrust Litig.*, 259 F. Supp. 2d 1376, 1377-78 (J.P.M.L. 2003) (same); *In re Parcel Tanker Shipping Servs. Antitrust Litig.*, 296 F. Supp. 2d 1370, 1371 (J.P.M.L. 2003) (same).

Here, transfer, coordination, and centralization is appropriate because the Related Actions involve nearly identical factual backgrounds, substantially similar antitrust allegations against the Defendants,[1] and common questions, including:

- Whether Defendants and their co-conspirators combined or conspired with one another to not compete in the U.S. market for NPK Fertilizer;
- Whether Defendants and their co-conspirators combined or conspired with one another to fix, raise, maintain, or stabilize prices for NPK Fertilizer sold to purchasers in the United States;
- Whether Defendants and their co-conspirators participated in meetings and trade association conversations among themselves in the United States and elsewhere to implement, adhere to, and police the unlawful agreements that they reached; and
- Whether Defendants' and their co-conspirators' conduct caused the prices of NPK Fertilizer sold to purchasers in the United States to be artificially fixed, raised, maintained, or stabilized at supracompetitive prices.

[1] Each Related Action names at least one member, whether parent company or subsidiary, of each of the Manufacturer Defendants named by Movant. While Movant's action additionally names TFI and JFA as Defendants, all complaints name and describe the actions of TFI as part of the antitrust behavior.

### B. *Coordination and consolidation will serve the convenience of the parties and witnesses and will promote the just and efficient conduct of the Related Actions.*

Because the Related Actions' factual allegations and legal claims overlap, transfer would serve "the convenience of parties and witnesses and . . . promote the just and efficient conduct" of such actions. 28 U.S.C. § 1407(a). Several actions are already pending across four districts and additional cases will likely be filed. Centralizing these cases now—while all actions remain at an early pretrial stage—will allow the parties to immediately capture the efficiencies of centralization and coordination. *See In re Lowe's Companies, Inc., Fair Lab. Standards Act & Wage & Hour Litig.*, 481 F. Supp. 3d 1332, 1333-34 (J.P.M.L. 2020) (granting transfer pursuant to Section 1407 where the litigation was "at a relatively early stage of pretrial proceedings"); *In re: Edward H. Okun I.R.S. |1031 Tax Deferred Exch. Litig.*, 609 F. Supp. 2d 1380, 1381 (J.P.M.L. 2009) ("[D]enial of either of Wachovia's transfer motions could engender delay, as the Panel may be asked to revisit the question of Section 1407 centralization. Centralizing these actions now under Section 1407 should streamline resolution of this litigation to the overall benefit of the parties and the judiciary."); *In re: AndroGel Prod. Liab. Litig.*, 24 F. Supp. 3d 1378, 1379 (J.P.M.L. 2014) (rejecting alternatives to centralization because they "would delay the resolution of the common core issues in this litigation").

As the Related Actions have common factual and legal questions, they will also have many overlapping pretrial issues, including the adequacy of the claims and allegations. Centralization will ensure consistent rulings on these issues. *See In re: Zimmer Durom Hip Cup Prods. Liab. Litig.*, 717 F. Supp. 2d 1376, 1377 (J.P.M.L. 2010) (finding centralization appropriate where it would "prevent inconsistent pretrial rulings on discovery and other issues"). Centralizing pretrial proceedings for the Related Actions—and any subsequent tagalong actions—will provide current and future plaintiffs with a single, organized, and easily accessible forum for adjudication.

Centralization is also appropriate because the Plaintiffs will undoubtedly pursue substantially similar testimony, documents, and other evidence from the Defendants and their co-conspirators. Specifically, the Plaintiffs will need to seek documents and deposition testimony related to Defendants' roll-up strategy and acquisition plans in the NPK Fertilizer market, Defendants' pricing and output decisions, communications and data exchanges among the Manufacturer Defendants through TFI and similar organizations, and the effects of Defendants' conduct on U.S. farmers, among other topics. Coordinated discovery will eliminate duplication and avoid subjecting common witnesses to repeated demands.

With the Related Actions proceeding in two separate districts in different states with distinct Plaintiffs' counsel, centralizing the Related Actions will have "the salutary effect of placing all actions in this docket before a single judge who can formulate a pretrial program that ensures that pretrial proceedings will be conducted in a manner leading to the just and expeditious resolution of all actions to the overall benefit of the parties." *In re Cook Med., Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 949 F. Supp. 2d 1373, 1375 (J.P.M.L. 2013); *see also In re Chantix (Varenicline) Mktg., Sales Pracs. & Prods. Liab. Litig. (No. II)*, No. MDL 3050, 2022 WL 17843104, at *1 (J.P.M.L. Dec. 22, 2022) (granting transfer and finding centralization would "eliminate duplicative discovery; prevent inconsistent pretrial rulings . . . ; and conserve the resources of the parties, their counsel, and the judiciary"); *In re Auto Body Shop Antitrust Litig.*, 37 F. Supp. 3d 1388, 1390 (J.P.M.L. 2014) (finding transfer to a single judge appropriate to ensure "common witnesses are not subjected to duplicative discovery demands"). Without transfer under Section 1407, duplication of efforts is inevitable.

For the foregoing reasons, the Panel should centralize the Related Actions.

## II. The Panel Should Transfer the Related Actions to the Western District of Missouri.

In determining the appropriate transferee district, the Panel considers a variety of factors, including whether the district "offers a forum that is both convenient and accessible for the parties and witnesses" and the experience of the transferee judge and district in navigating "the nuances of complex and multidistrict litigation." *See In re: Aggrenox Antitrust Litig.*, 11 F. Supp. 3d 1342, 1343 (J.P.M.L. 2014). These factors support transfer to the Western District of Missouri.

### *A. The Western District of Missouri is convenient and accessible.*

Because this litigation involves an alleged nationwide conspiracy, the Panel should select a district that is "geographically central and accessible." *In re: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Prods. Liab. Litig.*, 787 F. Supp. 2d 1358, 1360 (J.P.M.L. 2011). There is none better than the Western District of Missouri. The geographically convenient location of Kansas City is ideal given the broad dispersion of the parties and putative class members. Plaintiffs reside across the farmlands of the United States, covering a geographical range that spans from coast to coast but is heavily concentrated down the Wheat Belt of the Midwestern United States—from North Dakota to Texas. Missouri is conveniently located in the heart of the country and center of the affected areas, affording Plaintiffs and Defendants a convenient, central location.

The Western District of Missouri affords out-of-town parties and counsel easy and convenient access to Kansas City International Airport, which is located less than a half an hour drive away from the Western District of Missouri courthouse in Kansas City and offers direct flights to nearly 50 U.S. cities.[2] Moreover, Kansas City is well positioned to receive rural plaintiffs, spanning over the two key states of Missouri and Kansas and connected to the top farmland producing states by interstates such as the east-to-west I-70 and the north-to-south I-35. There is

[2] https://flykc.com/nonstop-destinations

also a large selection of hotels and other accommodations in Kansas City metropolitan area,[3] with more than 14,000 hotel rooms in the area.[4]

Kansas City is an epicenter of the agricultural issues at play in this lawsuit. Missouri ranks in the top five states with the highest number of farms in the country. In 2022, Missouri had the second highest number of farms in the country, behind Texas.[5] Missouri had the third highest number of farms in the country in 2024, behind only Texas and Iowa.[6] Missouri crop production totaled 803 million bushels, comprised of crops such as corn, soybean, rice and wheat.[7] Missouri's crops fuel a diverse output of uses such as food, biofuel production, and livestock feed.[8]

Missouri serves as a nexus of the states whose citizens have been most impacted by the NPK Fertilizer conspiracy. The majority of the top ten states by number of farms share a boarder with Missouri including Iowa, Illinois, Oklahoma, Kentucky, Tennessee.[9] Missouri's remaining neighboring states, Kansas and Arkansas, are also home to many of the country's farmland.[10] Missouri is well-positioned in the heart of the states that comprise the bulk of U.S. farmers, which form the plaintiffs of this litigation. Missouri's key location to the issues and impacted farmers makes it convenient and accessible. As discussed below, the Western District of Missouri is also conveniently located for the Defendants who regularly transact business across the Midwest.

---

[3] The "Kansas City metropolitan area" spans urban development in both Kansas City, Missouri and the neighboring Kansas City, Kansas.
[4] https://www.bizjournals.com/kansascity/subscriber-only/2025/12/19/kansas-citys-largest-hotels.html
[5] https://www.nass.usda.gov/Publications/Highlights/2024/Census22_HL_FarmsFarmland.pdf
[6] https://worldpopulationreview.com/state-rankings/farm-count-by-state
[7] https://raff.missouri.edu/wp-content/uploads/2024/11/Missouri-Agriculture-Outlook-Report-2024.pdf
[8] *Id.*
[9] *Supra*, note 5.
[10] *Supra*, note 6.

### *B. The Western District of Missouri has the resources and judicial expertise to effectively handle this litigation.*

In addition to being conveniently located, the Western District of Missouri also has the resources and judicial experience to properly conduct these complex proceedings. With seven active Article III judges and a dramatically shorter time to disposition in civil cases than many other jurisdictions,[11] the Western District of Missouri is well positioned to effectively and efficiently handle this litigation. Specifically, the median time to disposition in civil cases in the Western District of Missouri is 7.0 months, whereas the national median is 23.9 months.[12]

While two other Related Actions are pending in the Northern District of Illinois, the Panel has recognized that the location of currently filed cases is not a critical factor in the Panel's decision to transfer and centralize litigation where, as here, potential plaintiffs and putative class members "will reside in every corner of the country." *In re: BP p.l.c. Sec. Litig.*, 734 F. Supp. 2d 1376, 1377-79 (J.P.M.L. 2010); *see also In re: Darvocet, Darvon & Propoxyphene Prods. Liab. Litig.*, 780 F. Supp. 2d at 1381 (J.P.M.L. 2011) (concluding that "the location of the currently filed cases is not a particularly significant factor in [the Panel's] decision" because "potential plaintiffs and putative class members will reside in every corner of the country and defendants are located in several states"). Further, the vast majority of the Defendants are not located in Illinois, and several of the Manufacturer Defendants maintain manufacturing facilities across the United States, including one in Missouri, as well as two in Missouri's neighboring states of Kansas and Iowa, and also in Florida, Colorado, and Minnesota. To the extent that evidence concerning parts of the conspiracy is located outside of the Western District of Missouri, that evidence would be dispersed throughout multiple federal judicial districts across the country. Thus, the Western District of

---

[11] https://www.uscourts.gov/data-news/data-tables/2025/03/31/federal-judicial-caseload-statistics/c-5
[12] *Id.; see also*

Missouri, being centrally and conveniently located, is the best forum for the relevant witnesses and evidence.

Accordingly, the Western District of Missouri is an ideal transferee forum and is well equipped to guide this litigation effectively.

## CONCLUSION

For the foregoing reasons, the Movant respectfully requests that the Panel transfer and promptly centralize the Related Actions, as well as any cases that may be subsequently filed asserting related or similar claims, to the Western District of Missouri.

Dated: March 20, 2026

Respectfully submitted,

By: */s/ Benjamin J. Widlanski*
Benjamin J. Widlanski (Fla. 1010644)
Brandon M. Sadowsky (Fla. 1052643)
Lindsey E. Graham (Fla. 1069593)
**KOZYAK TROPIN THROCKMORTON LLP**
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, Florida 33134
Tel: (305) 372-1800 / Fax: (305) 372-3508
bwidlanski@kttlaw.com
bsadowsky@kttlaw.com
lgraham@kttlaw.com

By: */s/ Gene P. Graham, Jr.*
Gene P. Graham, Jr. (Mo. 34950)
Bryan T. White (Mo. 55805)
**WHITE, GRAHAM, BUCKLEY, & CARR, LLC**
19049 East Valley View Parkway, Ste. C
Independence, Missouri 64055
Tel: (816) 373-9080 / Fax: (816) 373-9319
ggraham@wagblaw.com
bwhite@wagblaw.com

By: */s/ Joseph R. Saveri*
Joseph R. Saveri (Cal. 130064)
Diane S. Rice (Cal. 118303)
Cadio Zirpoli (Cal. 179108)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910

San Francisco, California 94104
Tel: (415) 500-6800 / Fax: (415) 395-9940
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
drice@saverilawfirm.com

By: */s/ Clayton A. Jones*
Clayton A. Jones (Mo. 51802)
**CLAYTON JONES, ATTORNEY AT LAW**
P.O. Box 257 405 W. 58 Hwy.
Raymore, Missouri 64083
Tel: (816) 318-4266 / Fax: (816) 318-4267
clayton@claytonjoneslaw.com

*Attorneys for Movant/Plaintiff, IIHAB PARTNERSHIP*

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE NPK FERTILIZER ANTITRUST LITIGATION | MDL No. |

**AMENDED SCHEDULE OF RELATED ACTIONS**

| Ex. | Case Caption | Court | Case No. | Judge |
|---|---|---|---|---|
| A | **Plaintiff:** UNION LINE FARMS, INC. v. **Defendants:** THE MOSAIC COMPANY; NUTRIEN LTD.; NUTRIEN AG SOLUTIONS, INC.; CF INDUSTRIES HOLDINGS, INC.; CF INDUSTRIES, INC.; CF INDUSTRIES NITROGEN, LLC; KOCH AGRONOMIC SERVICES, LLC; YARA INTERNATIONAL ASA; YARA NORTH AMERICA, INC.; and CANPOTEX LTD. | District of Colorado (Denver) | 1:26-cv-01043 | Susan Prose |
| B | **Plaintiff:** JAKOB STEVENS AND KYLI KNICKERBOCKER STEVENS D/B/A FIRE CREEK FARMS v. **Defendants:** NUTRIEN AG SOLUTIONS; CF INDUSTRIES HOLDINGS, INC.; KOCH AGRONOMIC SERVICES, LLC; YARA INTERNATIONAL ASA; THE MOSAIC CO.; AND CANPOTEX LTD. | Northern District of Illinois (Chicago) | 1:26-cv-02585 | Elaine E. Bucklo |
| C | **Plaintiff:** MICHAEL RUMBOLD | Northern District of Illinois | 1:26-cv-03051 | Matthew F. Kennelly |

| | | | | |
|---|---|---|---|---|
| | v.<br>**Defendants:** NUTRIEN AG SOLUTIONS, INC.; CF INDUSTRIES HOLDINGS; KOCH AGRONOMIC SERVICES, LLC; YARA INTERNATIONAL ASA; YARA NORTH AMERICA, INC.; THE MOSAIC CO.; AND CANPOTEX LTD., | (Chicago) | | |
| **D** | **Plaintiff:** MELINDA MATSON<br>v.<br>**Defendants:** KOCH FERTILIZER, LLC; KOCH AGRONOMIC SERVICES, LLC; NUTRIEN LTD.; NUTRIEN AG SOLUTIONS, INC.; THE MOSAIC CO.; CANPOTEX LTD.; CF INDUSTRIES HOLDINGS, INC.; CF INDUSTRIES INC.; CF NITROGEN, LLC; YARA INTERNATIONAL ASA; and YARA NORTH AMERICA, INC. | District of Kansas (Kansas City) | 2:26-cv-02146 | Eric F. Melgren |
| **E** | **Plaintiff:** IIHAB Partnership<br>v.<br>**Defendants:** NUTRIEN LTD.; NUTRIEN AG SOLUTIONS; THE MOSAIC CO.; MOSAIC FERTILIZER, LLC; CF INDUSTRIES HOLDINGS, INC.; KOCH INDUSTRIES, LLC; KOCH AG & ENERGY SOLUTIONS, LLC; KOCH FERTILIZER WEVER, LLC; KOCH AGRONOMIC SERVICES, LLC; KOCH FERTILIZER, LLC; YARA INTERNATIONAL ASA; YARA NORTH AMERICA, INC.; CANPOTEX LTD.; | Western District of Missouri (Kansas City) | 4:26-cv-00221 | David Gregory Kays |

| | | | | |
|---|---|---|---|---|
| | INTERNATIONAL FERTILIZER ASSOCIATION; AND THE FERTILIZER INSTITUTE, | | | |

Dated: March 20, 2026

Respectfully submitted,

By: /s/ Benjamin J. Widlanski
Benjamin J. Widlanski (Fla. 1010644)
Brandon M. Sadowsky (Fla. 1052643)
Lindsey E. Graham (Fla. 1069593)
**KOZYAK TROPIN THROCKMORTON LLP**
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, Florida 33134
Tel: (305) 372-1800 / Fax: (305) 372-3508
bwidlanski@kttlaw.com
bsadowsky@kttlaw.com
lgraham@kttlaw.com

By: /s/ Gene P. Graham, Jr.
Gene P. Graham, Jr. (Mo. 34950)
Bryan T. White (Mo. 55805)
**WHITE, GRAHAM, BUCKLEY, & CARR, LLC**
19049 East Valley View Parkway, Ste. C
Independence, Missouri 64055
Tel: (816) 373-9080 / Fax: (816) 373-9319
ggraham@wagblaw.com
bwhite@wagblaw.com

By: /s/ Joseph R. Saveri
Joseph R. Saveri (Cal. 130064)
Diane S. Rice (Cal. 118303)
Cadio Zirpoli (Cal. 179108)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94104
Tel: (415) 500-6800 / Fax: (415) 395-9940
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
drice@saverilawfirm.com

By: /s/ Clayton A. Jones
Clayton A. Jones (Mo. 51802)
**CLAYTON JONES, ATTORNEY AT LAW**
P.O. Box 257 405 W. 58 Hwy.

Raymore, Missouri 64083
Tel: (816) 318-4266 / Fax: (816) 318-4267
clayton@claytonjoneslaw.com

*Attorneys for Movant/Plaintiff,*
*IIHAB PARTNERSHIP*

**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE NPK FERTILIZER ANTITRUST LITIGATION | MDL No. |

**CORRECTED REQUEST FOR ORAL ARGUMENT**

Counsel for Movant, IIHAB Partnership, respectfully requests oral argument before the Panel regarding its Motion For Transfer.

Oral argument will assist the Panel in understanding the various issues and challenges involved in this complex litigation, and why transfer of these actions would prevent unnecessary duplication and inconsistent results and would promote efficiency for the judiciary and the parties. It would provide an opportunity for the parties to address any questions the Panel may have, and to update the Panel on any developments in the litigation, including the status of the actions included in the Motion and any potential tag-along actions, all of which is relevant to the Panel's decision.

Accordingly, Movant-Plaintiffs respectfully request that the Panel grant this request for oral argument.

Dated: March 20, 2026

Respectfully submitted,

By: */s/ Benjamin J. Widlanski*
Benjamin J. Widlanski (Fla. 1010644)
Brandon M. Sadowsky (Fla. 1052643)
Lindsey E. Graham (Fla. 1069593)
**KOZYAK TROPIN THROCKMORTON LLP**
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, Florida 33134
Tel: (305) 372-1800 / Fax: (305) 372-3508
bwidlanski@kttlaw.com
bsadowsky@kttlaw.com
lgraham@kttlaw.com

By: */s/ Gene P. Graham, Jr.*
Gene P. Graham, Jr. (Mo. 34950)
Bryan T. White (Mo. 55805)
**WHITE, GRAHAM, BUCKLEY, & CARR, LLC**
19049 East Valley View Parkway, Ste. C
Independence, Missouri 64055
Tel: (816) 373-9080 / Fax: (816) 373-9319
ggraham@wagblaw.com
bwhite@wagblaw.com

By: */s/ Joseph R. Saveri*
Joseph R. Saveri (Cal. 130064)
Diane S. Rice (Cal. 118303)
Cadio Zirpoli (Cal. 179108)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94104
Tel: (415) 500-6800 / Fax: (415) 395-9940
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
drice@saverilawfirm.com

By: */s/ Clayton A. Jones*
Clayton A. Jones (Mo. 51802)
**CLAYTON JONES, ATTORNEY AT LAW**
P.O. Box 257 405 W. 58 Hwy.
Raymore, Missouri 64083
Tel: (816) 318-4266 / Fax: (816) 318-4267
clayton@claytonjoneslaw.com

*Attorneys for Movant/Plaintiff,*
*IIHAB PARTNERSHIP*

**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE NPK FERTILIZER ANTITRUST LITIGATION | MDL No. |

**CORRECTED PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Corrected Motion for Transfer, Corrected Memorandum of Law in support of Motion for Transfer, Corrected Schedule of Actions, Corrected Request for Oral Argument, and Corrected Certificate of Service were served by Email or First Class Mail (as indicated below) on March 20, 2026, to the following:

| CLERK OF COURTS | |
|---|---|
| **Served Via Overnight Federal Express:**<br>Clerk of the Panel<br>U.S. Judicial Panel on Multidistrict Litigation<br>Thurgood Marshall Federal Judiciary Bldg.<br>One Columbus Circle, NE<br>Room G-255, North Lobby<br>Washington, DC 20544-0005 | **Served Via Overnight Federal Express:**<br>Clerk of Court<br>USDC District of Colorado<br>1437 Bannock Street<br>Room 256 (Clerk's Office)<br>Denver, CO 80202 |
| **Served Via Overnight Federal Express:**<br>Clerk of Court<br>USDC Northern District of Illinois<br>Everett McKinley Dirksen, US Courthouse<br>219 S. Dearborn Street, 20th Floor<br>Chicago, IL 60604 | **Served Via Overnight Federal Express:**<br>Clerk of Court<br>USDC District of Kansas<br>500 State Ave, Room 259<br>Kansas City, KS 66101 |
| **Served Via Overnight Federal Express:**<br>Clerk of Court<br>USDC Western District of Missouri<br>400 E. 9th Street<br>Kansas City, MO 64106 | |

<table>
<tr><td colspan="2">Union Line Farms, Inc. v. Mosaic Company, et al.<br>District of Colorado, Case No. 26-cv-1043<br>Magistrate Judge Susan Prose</td></tr>
<tr><td>Served via Email:<br>Jonathan S. Crevier, Esq.<br>DICELLO LEVITT LLP<br>6645 South Cherry Way<br>Centennial, CO 80121<br>(646) 933-1000<br>jcrevier@dicellolevitt.com<br>Counsel for Plaintiff<br>Union Line Farms, Inc.</td><td>Served via Email:<br>Gregory S. Asciolla, Esq.<br>Theodore Salem-Mackall, Esq.<br>DICELLO LEVITT LLP<br>485 Lexington Avenue, Suite 1001<br>New York, NY 10017<br>(646) 933-1000<br>Email: gasciolla@dicellolevitt.com<br>Email: tsalemmackall@dicellolevitt.com<br>Counsel for Plaintiff<br>Union Line Farms, Inc.</td></tr>
<tr><td>Served via Email:<br>Adam J. Levitt, Esq.<br>DICELLO LEVITT LLP<br>Ten North Dearborn Street, Sixth Floor<br>Chicago, Illinois 60602<br>Tel: (312) 214-7900<br>Email: alevitt@dicellolevitt.com<br>Counsel for Plaintiff<br>Union Line Farms, Inc.</td><td>Served via Email:<br>Eric Olson, Esq.<br>OLSON GRIMSLEY KAWANABE<br>HINCHCLIFF & MURRAY LLC<br>700 17th Street, Suite 1600<br>Denver, CO 80202<br>Tel: 303-535-9151<br>Email:Eolson@olsongrimsley.com<br>Counsel for Plaintiff<br>Union Line Farms, Inc.</td></tr>
<tr><td>Served via First Class Mail<br>(Counsel has not yet appeared)<br>THE MOSAIC CO.<br>By serving its Registered Agent:<br>Corporation Service Company<br>1201 Hays Street<br>Tallahassee, FL 32301-25</td><td>Served via First Class Mail<br>(Counsel has not yet appeared)<br>NUTRIEN LTD.<br>Care of President and CEO, Kenenth Seitz<br>211 19th Street East, Suite 1700<br>Saskatoon, Saskatchewan,<br>Canada, S7K5R6</td></tr>
<tr><td>Served via First Class Mail<br>(Counsel has not yet appeared)<br>NUTRIEN AG SOLUTIONS<br>By serving its Registered Agent:<br>CT Corporation System<br>7700 E. Arapahoe Road, #220<br>Centennial, CO 80112</td><td>Served via First Class Mail<br>(Counsel has not yet appeared)<br>CF INDUSTRIES HOLDINGS, INC.<br>By serving its Registered Agent:<br>Illinois Corporation Service Company<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703-4261</td></tr>
<tr><td>Served via First Class Mail<br>(Counsel has not yet appeared)<br>CF INDUSTRIES, INC.<br>By serving its Registered Agent:<br>Illinois Corporation Service Company<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703-4261</td><td>Served via First Class Mail<br>(Counsel has not yet appeared)<br>CF INDUSTRIES NITROGEN, LLC<br>By serving its Registered Agent:<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808</td></tr>
</table>

| | |
|---|---|
| **Served via First Class Mail**<br>**(Counsel has not yet appeared)**<br>KOCH AGRONOMIC SERVICES, LLC<br>c/o United Agent Group Inc.<br>1521 Concord Pike, Suite 201<br>Wilmington, Delaware 19803 | **Served via First Class Mail**<br>**(Counsel has not yet appeared)**<br>YARA INTERNATIONAL ASA<br>Care of President and CEO<br>Svein Tore Holsether<br>Drammensveien 131<br>Oslo, Norway, NO-0277 |
| **Served via First Class Mail**<br>**(Counsel has not yet appeared)**<br>YARA NORTH AMERICA, INC.<br>By serving its Registered Agent:<br>Corporation Service Company<br>1201 Hays Street<br>Tallahassee, FL 32301 | **Served via First Class Mail**<br>**(Counsel has not yet appeared)**<br>CANPOTEX, LTD.<br>Care of President and CEO<br>Gordon McKenzie<br>409 Third Avenue South, Suite 700<br>Saskatoon, Saskatchewan, Canada S7K5R5 |
| ***Stevens, et al. v. Nutrien AG Solutions, et al.***<br>**N.D. of Illinois, Case No. 1:26-cv-02585**<br>Judge Elaine E. Bucklo | |
| **Served via Email:**<br>Gary M. Klinger, Esq.<br>MILBERG, PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel.: 866.252.0878<br>Email: gklinger@milberg.com<br>**Counsel for Plaintiffs, *Jakob Stevens and Kyli Knickerbocker Stevens d/b/a Fire Creed Farms*** | **Served via Email:**<br>Linda P. Nussbaum, Esq.<br>NUSSBAUM LAW GROUP, P.C.<br>1225 Franklin Avenue, Suite 325<br>Garden City, NY 11530<br>Tel: 917.438.9189<br>Email: lnussbaum@nussbaumpc.com<br>**Counsel for Plaintiffs, *Jakob Stevens and Kyli Knickerbocker Stevens d/b/a Fire Creed Farms*** |
| **Served via Email:**<br>Marco Cercone, Esq.<br>RUPP PFALZGRAF LLC<br>1600 Liberty Building<br>424 Main Street<br>Buffalo, NY 14202<br>Telephone: (716) 854-3400 Ext 214<br>Email: cercone@RuppPfalzgraf.com<br>**Counsel for Plaintiffs, *Jakob Stevens and Kyli Knickerbocker Stevens d/b/a Fire Creed Farms*** | **Served via First Class Mail**<br>**(Counsel has not yet appeared)**<br>NUTRIEN AG SOLUTIONS<br>By serving its Registered Agent:<br>CT Corporation System<br>7700 E. Arapahoe Road, #220<br>Centennial, CO 80112 |

<table>
<tr><td>Served via First Class Mail<br>(Counsel has not yet appeared)<br>CF INDUSTRIES HOLDINGS, INC.<br>By serving its Registered Agent:<br>Illinois Corporation Service Company<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703-4261</td><td>Served via First Class Mail<br>(Counsel has not yet appeared)<br>KOCH AGRONOMIC SERVICES, LLC<br>c/o United Agent Group Inc.<br>1521 Concord Pike, Suite 201<br>Wilmington, Delaware 19803</td></tr>
<tr><td>Served via First Class Mail<br>(Counsel has not yet appeared)<br>YARA INTERNATIONAL ASA<br>Care of President and CEO<br>Svein Tore Holsether<br>Drammensveien 131<br>Oslo, Norway, NO-0277</td><td>Served via First Class Mail<br>(Counsel has not yet appeared)<br>THE MOSAIC CO.<br>By serving its Registered Agent:<br>Corporation Service Company<br>1201 Hays Street<br>Tallahassee, FL 32301-25</td></tr>
<tr><td>Served via First Class Mail<br>(Counsel has not yet appeared)<br>CANPOTEX, LTD.<br>Care of President and CEO<br>Gordon McKenzie<br>409 Third Avenue South, Suite 700<br>Saskatoon, Saskatchewan, Canada S7K5R5</td><td></td></tr>
<tr><td colspan="2">Michael Rumbold v. Nutrien AG Solutions, et al.<br>N.D. of Illinois, Case No. 1:26-cv-03051<br>Judge Matthew F. Kennedy</td></tr>
<tr><td>Served via Email:<br>Gary M. Klinger, Esq.<br>MILBERG, PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel.: 866.252.0878<br>Email: gklinger@milberg.com<br>Counsel for Plaintiff, Michael Rumbold</td><td>Served via Email:<br>Linda P. Nussbaum, Esq.<br>NUSSBAUM LAW GROUP, P.C.<br>1225 Franklin Avenue, Suite 325<br>Garden City, NY 11530<br>Tel: 917.438.9189<br>Email: lnussbaum@nussbaumpc.com<br>Counsel for Plaintiff, Michael Rumbold</td></tr>
<tr><td>Served via Email:<br>James E. Cecchi<br>Zachary Jacobs<br>CARELLA, BYRNE, CECCHIE, BRODY &<br>AGNELLO, P.C.<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>Telephone: (973) 994-1700<br>Email: jcecchi@carellabyrne.com<br>Email: zjacobs@carellabyrne.com<br>Counsel for Plaintiff, Michael Rumbold</td><td>Served via Email:<br>Michael E. Criden<br>Lindsey C. Grossman<br>CRIDEN & LOVE, P.A.<br>2020 Salzedo Street, Suite 302<br>Coral Gables, FL 33134<br>Telephone: (305) 357-9000<br>Email: mcriden@cridenlove.com<br>Email: lgrossman@cridenlove.com<br>Counsel for Plaintiff, Michael Rumbold</td></tr>
</table>

| | |
|---|---|
| **Served via First Class Mail**<br>**(Counsel has not yet appeared)**<br>NUTRIEN AG SOLUTIONS<br>By serving its Registered Agent:<br>CT Corporation System<br>7700 E. Arapahoe Road, #220<br>Centennial, CO 80112 | **Served via First Class Mail**<br>**(Counsel has not yet appeared)**<br>CF INDUSTRIES HOLDINGS, INC.<br>By serving its Registered Agent:<br>Illinois Corporation Service Company<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703-4261 |
| **Served via First Class Mail**<br>**(Counsel has not yet appeared)**<br>KOCH AGRONOMIC SERVICES, LLC<br>c/o United Agent Group Inc.<br>1521 Concord Pike, Suite 201<br>Wilmington, Delaware 19803 | **Served via First Class Mail**<br>**(Counsel has not yet appeared)**<br>YARA INTERNATIONAL ASA<br>Care of President and CEO<br>Svein Tore Holsether<br>Drammensveien 131<br>Oslo, Norway, NO-0277 |
| **Served via First Class Mail**<br>**(Counsel has not yet appeared)**<br>YARA NORTH AMERICA, INC.<br>By serving its Registered Agent:<br>Corporation Service Company<br>1201 Hays Street<br>Tallahassee, FL 32301 | **Served via First Class Mail**<br>**(Counsel has not yet appeared)**<br>THE MOSAIC CO.<br>By serving its Registered Agent:<br>Corporation Service Company<br>1201 Hays Street<br>Tallahassee, FL 32301-25 |
| **Served via First Class Mail**<br>**(Counsel has not yet appeared)**<br>CANPOTEX, LTD.<br>Care of President and CEO<br>Gordon McKenzie<br>409 Third Avenue South, Suite 700<br>Saskatoon, Saskatchewan, Canada S7K5R5 | |

| **Matson v. Koch Fertilizer, LLC, et al.**<br>**District of Kansas, Case No 26-cv-2146**<br>District Judge Eric F. Melgren | |
|---|---|
| **Served via Email:**<br>Rex A. Sharp, Esq.<br>Isaac L. Diel, Esq.<br>Hammons P. Hepner, Esq.<br>SHARP LAW, LLP<br>4820 W. 75th Street<br>Prairie Village, KS 66208<br>(913) 901-0505<br>Email: rsharp@midwest-law.com<br>Email: idiel@midwest-law.com<br>Email: hhepner@midwest-law.com<br>***Counsel for Plaintiff Melinda Matson and the proposed Classes*** | **Served via First Class Mail (Counsel has not yet appeared)**<br>KOCH FERTILIZER, LLC<br>c/o United Agent Group Inc.<br>12747 Olive Blvd., Suite 300<br>St. Louis, Missouri 63141 |
| **Served via First Class Mail (Counsel has not yet appeared)**<br>KOCH AGRONOMIC SERVICES, LLC<br>c/o United Agent Group Inc.<br>1521 Concord Pike, Suite 201<br>Wilmington, Delaware 19803 | **Served via First Class Mail (Counsel has not yet appeared)**<br>NUTRIEN LTD.<br>Care of President and CEO<br>Kenenth Seitz<br>211 19th Street East, Suite 1700<br>Saskatoon, Saskatchewan,<br>Canada, S7K5R6 |
| **Served via First Class Mail (Counsel has not yet appeared)**<br>NUTRIEN AG SOLUTIONS<br>By serving its Registered Agent:<br>CT Corporation System<br>7700 E. Arapahoe Road, #220<br>Centennial, CO 80112 | **Served via First Class Mail (Counsel has not yet appeared)**<br>THE MOSAIC CO.<br>By serving its Registered Agent:<br>Corporation Service Company<br>1201 Hays Street<br>Tallahassee, FL 32301-25 |
| **Served via First Class Mail (Counsel has not yet appeared)**<br>CANPOTEX, LTD.<br>Care of President and CEO<br>Gordon McKenzie<br>409 Third Avenue South, Suite 700<br>Saskatoon, Saskatchewan, Canada S7K5R5 | **Served via First Class Mail (Counsel has not yet appeared)**<br>CF INDUSTRIES HOLDINGS, INC.<br>By serving its Registered Agent:<br>Illinois Corporation Service Company<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703-4261 |
| **Served via First Class Mail (Counsel has not yet appeared)**<br>CF INDUSTRIES, INC.<br>By serving its Registered Agent:<br>Illinois Corporation Service Company<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703-4261 | **Served via First Class Mail (Counsel has not yet appeared)**<br>CF INDUSTRIES NITROGEN, LLC<br>By serving its Registered Agent:<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |

| | |
|---|---|
| **Served via First Class Mail**<br>**(Counsel has not yet appeared)**<br>YARA INTERNATIONAL ASA<br>Care of President and CEO<br>Svein Tore Holsether<br>Drammensveien 131<br>Oslo, Norway, NO-0277 | **Served via First Class Mail**<br>**(Counsel has not yet appeared)**<br>YARA NORTH AMERICA, INC.<br>By serving its Registered Agent:<br>Corporation Service Company<br>1201 Hays Street<br>Tallahassee, FL 32301 |
| **IIHAB Partnership v. Nutrien Ltd., et al.,**<br>**W.D. Missouri, Case No. 4:26-cv-00221**<br>District Judge David Gregory Kays | |
| **Served via First Class Mail**<br>**(Counsel has not yet appeared)**<br>CANPOTEX LTD.<br>Care of President and CEO<br>Gordon McKenzie<br>409 Third Avenue South, Suite 700<br>Saskatoon, Saskatchewan, Canada S7K5R5 | **Served via First Class Mail**<br>**(Counsel has not yet appeared)**<br>CF INDUSTRIES HOLDINGS, INC.<br>By serving its Registered Agent:<br>Illinois Corporation Service Company<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703-4261 |
| **Served via First Class Mail**<br>**(Counsel has not yet appeared)**<br>INTERNATIONAL FERTILIZER ASSOCIATION<br>c/o Chair of the Association, Kenenth Seitz<br>Confederation House<br>East of England Showground Peterborough<br>Cambridgeshire PE2 6XE, United Kingdom | **Served via First Class Mail**<br>**(Counsel has not yet appeared)**<br>KOCH AG & ENERGY SOLUTIONS, LLC<br>By serving its Registered Agent:<br>United Agent Group Inc.<br>4601 E Douglas Avenue #700<br>Wichita, Kansas, 67218 |
| **Served via First Class Mail**<br>**(Counsel has not yet appeared)**<br>KOCH AGRONOMIC SERVICES, LLC<br>By serving its Registered Agent:<br>United Agent Group Inc.<br>4601 E Douglas Avenue #700<br>Wichita, Kansas, 67218 | **Served via First Class Mail**<br>**(Counsel has not yet appeared)**<br>KOCH FERTILIZER, LLC<br>By serving its Registered Agent:<br>United Agent Group Inc.<br>12747 Olive Blvd., Suite 300<br>St. Louis, Missouri 63141 |
| **Served via First Class Mail**<br>**(Counsel has not yet appeared)**<br>KOCH FERTILIZER WEVER, LLC<br>By serving its Registered Agent:<br>United Agent Group Inc.<br>4601 E. Douglas Avenue, #700<br>Wichita, Kansas, 67218 | **Served via First Class Mail**<br>**(Counsel has not yet appeared)**<br>KOCH INDUSTRIES, LLC<br>By serving its Registered Agent:<br>United Agent Group Inc.<br>12747 Olive Blvd., Suite 300<br>St. Louis, Missouri 63141 |

| | |
|---|---|
| **Served via First Class Mail**<br>**(Counsel has not yet appeared)**<br>THE MOSAIC CO<br>By serving its Registered Agent:<br>Corporation Service Company<br>1201 Hays Street<br>Tallahassee, FL 32301-2525 | **Served via First Class Mail**<br>**(Counsel has not yet appeared)**<br>MOSAIC FERTILIZER, LLC<br>By serving its Registered Agent:<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| **Served via First Class Mail**<br>**(Counsel has not yet appeared)**<br>NUTRIEN AG SOLUTIONS<br>By serving its Registered Agent:<br>CT Corporation System<br>7700 E. Arapahoe Road, #220<br>Centennial, CO 80112 | **Served via First Class Mail**<br>**(Counsel has not yet appeared)**<br>NUTRIEN LTD.<br>Care of President and CEO<br>Kenenth Seitz<br>211 19th Street East, Suite 1700<br>Saskatoon, Saskatchewan,<br>Canada, S7K5R6 |
| **Served via First Class Mail**<br>**(Counsel has not yet appeared)**<br>THE FERTILIZER INSTITUTE<br>By serving its Registered Agent:<br>CT Corporation System<br>1015 15th Street NW, Suite 1000<br>Washington, DC, 20005 | **Served via First Class Mail**<br>**(Counsel has not yet appeared)**<br>YARA INTERNATIONAL ASA<br>Care of President and CEO<br>Svein Tore Holsether<br>Drammensveien 131<br>Oslo, Norway, NO-0277 |
| **Served via First Class Mail**<br>**(Counsel has not yet appeared)**<br>YARA NORTH AMERICA, INC.<br>By serving its Registered Agent:<br>Corporation Service Company<br>1201 Hays Street<br>Tallahassee, FL 32301 | |

Dated: March 20, 2026

Respectfully submitted,

By: _/s/ Benjamin J. Widlanski_

Benjamin J. Widlanski (Fla. 1010644)
Brandon M. Sadowsky (Fla. 1052643)
Lindsey E. Graham (Fla. 1069593)
**KOZYAK TROPIN THROCKMORTON LLP**
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, Florida 33134
Tel: (305) 372-1800 / Fax: (305) 372-3508
bwidlanski@kttlaw.com
bsadowsky@kttlaw.com
lgraham@kttlaw.com

By: /s/ Gene P. Graham, Jr.
Gene P. Graham, Jr. (Mo. 34950)
Bryan T. White (Mo. 55805)
**WHITE, GRAHAM, BUCKLEY, & CARR, LLC**
19049 East Valley View Parkway, Ste. C
Independence, Missouri 64055
Tel: (816) 373-9080 / Fax: (816) 373-9319
ggraham@wagblaw.com
bwhite@wagblaw.com

By: /s/ Joseph R. Saveri
Joseph R. Saveri (Cal. 130064)
Diane S. Rice (Cal. 118303)
Cadio Zirpoli (Cal. 179108)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94104
Tel: (415) 500-6800 / Fax: (415) 395-9940
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
drice@saverilawfirm.com

By: /s/ Clayton A. Jones
Clayton A. Jones (Mo. 51802)
**CLAYTON JONES, ATTORNEY AT LAW**
P.O. Box 257 405 W. 58 Hwy.
Raymore, Missouri 64083
Tel: (816) 318-4266 / Fax: (816) 318-4267
clayton@claytonjoneslaw.com

*Attorneys for Movant/Plaintiff,*
*IIHAB PARTNERSHIP*

RECEIVED

ORIGIN ID:JDMA (305) 372-1800
BENJAMIN J. WIDLANSKI, ESQ.
KOZYAK TROPIN THROCKMORTON
2525 PONCE DE LEON BLVD.
9TH FLOOR
CORAL GABLES, FL 33134
UNITED STATES US

SHIP DATE: 20MAR26
ACTWGT: 1.00 LB
CAD: 8225768/INET4535

BILL SENDER

TO CLERK OF COURT
USDC NORTHERN DISTRICT OF ILLINOIS
EVERETT MCKINLEY DIRKSEN/US COURT
219 S. DEARBORN STREET
20TH FLOOR
CHICAGO IL 60604

(305) 728-2903 REF: BJW 0000-CON FERTILIZER
INV:
PO: DEPT:

FedEx Express

E

MON - 23 MAR 5:00P
OVERNIGHT

MON – 23 MAR AM
STANDARD OVERNIGHT

60604
IL-US ORD

FedEx
TRK# 8898 3202 9665
0201

XA CHIA

RECEIVED

MAR 23 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

449-2085

FedEx

This envelope is only for FedEx
You can help us get your package
items securely. Need help? Go t
Check your FedEx Express ship

05/15/25 07:13

Insert shipping document here.

Align top of FedEx Express® shipping label here.

Envelope

**Recycle me.**