MR



1:26-CV-2585

**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: Nitrogen, Phosphorus, and Potassium (NPK) Fertilizer Antitrust Litigation | MDL No. 3187 |

FILED
4/2/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

EE

**CORRECTED PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on April 1, 2026, copies of *Plaintiff IIHAB Partnership's Motion to Transfer, Memorandum in Support, Schedule of Actions (with exhibits), Request for Oral Argument, Proof of Service* filed on March 19, 2026 (Doc. 1), and *Corrected Motion to Transfer (with exhibits)* dated March 20, 2026 (Doc. 2) were served via Federal Express to the appropriate Denver, Colorado jurisdiction at the address referenced below, pursuant to the letter received from the Clerk of said District Court (attached as Exhibit A):

**Served Via Overnight Federal Express**
Clerk of Court
US District Court of Colorado
901 19th Street
Denver, CO 80294

Furthermore, I hereby certify that on April 1, 2026, I electronically filed the foregoing *Corrected Proof of Service* with the JPML Clerk of the Court using CM/ECF, and served via Federal Express to the following courts:

| CLERK OF COURTS | |
|---|---|
| **Served Via Overnight Federal Express:**<br>Clerk of the Panel<br>U.S. Judicial Panel on Multidistrict Litigation<br>Thurgood Marshall Federal Judiciary Bldg.<br>One Columbus Circle, NE<br>Room G-255, North Lobby<br>Washington, DC 20544-0005 | **Served Via Overnight Federal Express:**<br>Clerk of Court<br>US District Court of Colorado<br>901 19th Street<br>Denver, CO 80294 |

| | |
|---|---|
| **Served Via Overnight Federal Express:**<br>Clerk of Court<br>USDC Northern District of Illinois<br>Everett McKinley Dirksen, US Courthouse<br>219 S. Dearborn Street, 20th Floor<br>Chicago, IL 60604 | **Served Via Overnight Federal Express:**<br>Clerk of Court<br>USDC District of Kansas<br>500 State Ave, Room 259<br>Kansas City, KS 66101 |
| **Served Via Overnight Federal Express:**<br>Clerk of Court<br>USDC Western District of Missouri<br>400 E. 9th Street<br>Kansas City, MO 64106 | |

Dated: April 1, 2026.

Respectfully submitted,

By: */s/ Benjamin J. Widlanski*
Benjamin J. Widlanski (Fla. 1010644)
Brandon M. Sadowsky (Fla. 1052643)
Lindsey E. Graham (Fla. 1069593)
**KOZYAK TROPIN THROCKMORTON LLP**
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, Florida 33134
Tel: (305) 372-1800 / Fax: (305) 372-3508
bwidlanski@kttlaw.com
bsadowsky@kttlaw.com
lgraham@kttlaw.com

By: */s/ Gene P. Graham, Jr.*
Gene P. Graham, Jr. (Mo. 34950)
Bryan T. White (Mo. 55805)
**WHITE, GRAHAM, BUCKLEY, & CARR, LLC**
19049 East Valley View Parkway, Ste. C
Independence, Missouri 64055
Tel: (816) 373-9080 / Fax: (816) 373-9319
ggraham@wagblaw.com
bwhite@wagblaw.com

By: */s/ Joseph R. Saveri*
Joseph R. Saveri (Cal. 130064)
Diane S. Rice (Cal. 118303)
Cadio Zirpoli (Cal. 179108)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94104
Tel: (415) 500-6800 / Fax: (415) 395-9940
jsaveri@saverilawfirm.com

czirpoli@saverilawfirm.com
drice@saverilawfirm.com

By: /s/ Clayton A. Jones
Clayton A. Jones (Mo. 51802)
**CLAYTON JONES, ATTORNEY AT LAW**
P.O. Box 257 405 W. 58 Hwy.
Raymore, Missouri 64083
Tel: (816) 318-4266 / Fax: (816) 318-4267
clayton@claytonjoneslaw.com

Attorneys for Movant/Plaintiff,
*IIHAB PARTNERSHIP*

**DENVER DISTRICT COURT**
**1437 BANNOCK ST. RM 256**
**DENVER, CO 80202**
**(303) 606-2300**

We are unable to process these document (s) and are returning them for the following reason(s):

☐ No fee received. ☐ Improper fee received.
$ is required for the filing of this document.

☐ If you cannot afford to pay the required filing fee you must complete the enclosed form to waive filing fees, sign it, and return it to us along with the documents you want filed with the court.

☐ The court can only accept checks made payable to Denver District Court.

☐ The court is unable to determine the action you are requesting.

☐ Your document has no case number. Please include your case number(s) on each document and resend.

☐ The names on your document are not on file in Denver District Court.

☐ The case number on your document does not match our case number in Denver District Court

☒ Your document was mailed to the wrong jurisdiction. Please send to:
US District Court of Colorado
901 19th Street
Denver, CO 80294

☐ Please complete the enclosed forms and return to us along with the documents you want filed with the court.

☐ All counsel shall electronically file all documents or pay a fee of $50.00 per document to paper file. See attached Order Regarding Mandatory Electronic Filing.

☐ Your request to have the filing fee waived has been denied. Please see enclosed order.

☐ For the requested information please contact the judgment creditor's attorney at:

☐ Other:

Thank you for your cooperation with the above requirements for filing documents in Denver District Court. Your help will allow us to give your case the attention it needs.

The enclosed document (s) were received on 3/24 by AL Deputy Clerk.

ORIGIN ID:JDMA (305) 372-1800
BENJAMIN J. WIDLANSKI, ESQ.
KOZYAK TROPIN THROCKMORTON
2525 PONCE DE LEON BLVD.
9TH FLOOR
CORAL GABLES, FL 33134
UNITED STATES US

SHIP DATE: 01APR26
ACTWGT: 1.00 LB
CAD: 8225768/INET4535

BILL SENDER

TO CLERK OF COURT
USDC NORTHERN DISTRICT OF ILLINOIS
EVERETT MCKINLEY DIRKSEN/US COURT
219 S. DEARBORN STREET
20TH FLOOR
CHICAGO IL 60604

(305) 728-2903
INV:
PO:

REF: 6102-101 FERTILIZER

DEPT:

58KJ2/1172/484B

FedEx Express

E

J261026012001uv

THU - 02 APR 5:00P
STANDARD OVERNIGHT

TRK# 0201 8702 3188 2623

NX CHIA

60604
IL-US ORD

60604-1702 99
CHICAGO,IL
4608 THU 04/02 07:20
219 S DEARBORN ST
449-1001
ETP: 3 SP PD:100-Y

FedEx®

This envelope is only for FedEx Express® shipments.
You can help us get your package safely to its destination by packing your items securely. Need help? Go to fedex.com/packaging for packing tips.

Insert shipping document here.

05/15/25 07:13

Align top of FedEx Express® shipping label here.

FedEx

RECEIVED
APR 02 2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Envelope

**Recycle me.**