**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

JAKOB STEVENS AND KYLI KNICKERBOCKER STEVENS d/b/a FIRE CREEK FARMS, on their own behalf and on behalf of all others similarly situated,

*Plaintiff*,

v.

NUTRIEN LTD.;
NUTRIEN AG SOLUTIONS, INC.;
CF INDUSTRIES HOLDINGS, INC.;
CF INDUSTRIES, INC.;
KOCH AG & ENERGY SOLUTIONS, LLC;
KOCH AGRONOMIC SERVICES, LLC;
KOCH FERTILIZER, LLC;
KOCH FERTILIZER HOLDING COMPANY, LLC;
KOCH INC.;
YARA INTERNATIONAL ASA;
YARA NORTH AMERICA, INC.;
THE MOSAIC CO.;
MOSAIC FERTILIZER, LLC; and
CANPOTEX LTD.,

*Defendants*.

Case No. 26-cv-02585

**Jury Trial Demanded**

**FIRST AMENDED CLASS ACTION COMPLAINT**

Plaintiff Jakob Stevens and Kyli Knickerbocker Stevens d/b/a Fire Creek Farms ("Fire Creek Farms" or "Plaintiff"), individually and on behalf of all others similarly situated (the "Class," as defined below), files this First Amended Class Action Complaint against the above-captioned defendants Nutrien Ltd. and Nutrien Ag Solutions, Inc. (together, "Nutrien"); CF Industries Holdings, Inc. and CF Industries, Inc. (together, "CF Industries"); Koch Ag & Energy Solutions, LLC, Koch Agronomic Services, LLC, Koch Fertilizer, LLC, Koch Fertilizer Holding Company, LLC, Koch Inc. (together, "Koch"); Yara International ASA and Yara North America, Inc. (together, "Yara"); The Mosaic Co. and Mosaic Fertilizer, LLC ("Mosaic"); and Canpotex Ltd. ("Canpotex") (defendants referred to collectively as the "Defendants"). Plaintiff, upon personal knowledge as to the facts pertaining to itself, and upon information and belief as to all other matters, and based on the investigation of counsel, requests damages, injunctive relief, and other relief pursuant to Sections 1 and 3 of the Sherman Act and demands a trial by jury on all matters so triable.

## I. NATURE OF THE ACTION

1. It is impossible to overstate the importance of fertilizer in our lives. As Bill Gates has explained, "[t]wo out of every five people on Earth today owe their lives to the higher crop outputs that fertilizer has made possible."[1]

2. Modern agriculture requires three essential nutrients to make the fertilizer needed for successful plant growth in large quantities: nitrogen (N), phosphorus (P), and potassium (K). These core nutrients are supplied to crops either individually or in combination in different ratios depending on the type of crop and soil involved, through what farmers commonly call Nitrogen,

[1] Bill Gates, "Here's My Plan to Improve Our World -- And How You Can Help," *Wired* (Nov. 12, 2013), available at https://www.wired.com/2013/11/bill-gates-wired-essay/ ("Let me reiterate this: A full 40 percent of Earth's population is alive today because, in 1909, a German chemist named Fritz Haber figured out how to make synthetic ammonia.").

Phosphorus, and Potash Fertilizers. Individually and collectively, these fertilizers are referred to as NPK Fertilizers (named after the chemical symbols for the nutrients they contain). Together they form the basis of most fertilizer programs around the world. Each plays a different role in plant growth, and each requires different raw inputs and is produced through distinct chemical and industrial processes.

3. Nitrogen Fertilizers, Phosphorus Fertilizers, and Potash Fertilizers are produced in granular and liquid forms. They are sold individually and also in "blended mixes" containing two or three of these fertilizers in different ratios reflecting different quantities of each ingredient. These blends are typically labeled with three numbers indicating the percentage of each nutrient in the product (e.g., 20-10-10 fertilizer contains 20% nitrogen (N), 10% phosphate (P), and 10% potassium (K) by weight, and 30-0-10 fertilizer contains 30% nitrogen (N), no phosphate (P), and 10% potassium (K) by weight).

4. Defendants are the largest sellers of NPK Fertilizers in the United States. They control 82% of the Nitrogen Fertilizer market, 91% of the Phosphate Fertilizer market, and 90-95% of the Potash Fertilizer market in North America.

5. Beginning in or around 2021, Defendants entered into an unlawful and ongoing conspiracy to fix, raise, maintain and/or stabilize prices of NPK Fertilizers sold in the United States. As a result of Defendants' unlawful conduct, prices of NPK Fertilizers dramatically increased in 2021 and 2022 and have remained at artificially inflated levels. While Plaintiff and members of the Class paid higher prices for NPK Fertilizers, Defendants were able to reap sky-high profit margins.

6. In the past year, the federal government has initiated investigations into anti-competitive conduct in the NPK Fertilizer industry. On March 4, 2026, Bloomberg reported that

the U.S. Department of Justice ("DOJ") Antitrust Division's Chicago field office has opened a formal antitrust investigation into the pricing practices of major fertilizer producers in order to determine whether they colluded or coordinated to raise NPK Fertilizer prices for U.S. farmers.[2] Bloomberg further reported that the investigation is focused on CF Industries, Koch Inc., Mosaic, Nutrien, and Yara International. Those companies are the dominant suppliers of fertilizer products in the United States.[3] Sources told reporters the government inquiry is examining whether coordinated pricing or supply decisions crossed the line into civil or criminal antitrust violations.[4]

7. Since that time, scrutiny of the fertilizer industry has only escalated. And federal government officials—up to and including President Trump—have publicly called out the artificially high fertilizer prices hurting American farmers.

## II. JURISDICTION AND VENUE

8. Plaintiff brings this class action lawsuit pursuant to Sections 4 and 16 of the Clayton Act (15 U.S.C. §§ 15 and 26), to recover damages suffered by the Class and the costs of suit, including reasonable attorneys' fees; to enjoin Defendants' anticompetitive conduct; and for such other relief as is afforded under the antitrust laws of the United States for Defendants' violations of Sections 1 and 3 of the Sherman Act (15 U.S.C. §§ 1, 3).

9. ***Subject Matter Jurisdiction:*** This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337, and Sections 4 and 16 of the Clayton Act (15 U.S.C. §§ 15(a), 26).

10. ***Venue:*** Venue is proper in this District pursuant to Sections 4, 12, and 16 of the Clayton Act (28 U.S.C. §§ 15, 22, and 26), and pursuant to 28 U.S.C. § 1391(b), (c), and (d),

[2] Josh Sisco, "DOJ Probes US Fertilizer Market for Possible Price Fixing," Bloomberg Law (Mar. 4, 2026), *available at* https://www.bloomberg.com/news/articles/2026-03-04/doj-probes-us-fertilizer-market-for-possible-price-fixing.
[3] *Id.*
[4] *Id.*

because, at all times relevant to the Complaint, one or more of the Defendants resided, transacted business, was found, or had agents in this District. Additionally, Defendant CF Industries is headquartered in this District.

11. ***Personal Jurisdiction:*** This Court has personal jurisdiction over each Defendant because each Defendant throughout the United States and including in this District and the state of Illinois—has transacted business, maintained substantial contacts, or committed overt acts in furtherance of its illegal scheme and conspiracy. The alleged scheme and conspiracy have been directed at, and had the intended effect of, causing injury to persons and entities residing in, located in, or doing business throughout the U.S., including in this District and the state of Illinois.

12. Defendants are amenable to service of process under Fed. R. Civ. P. 4(k)(1)(A) and the Illinois long-arm statute (735 ILCS 5/2-209) because each Defendant has transacted business in this state and because the Illinois long-arm statute extends jurisdiction to the limits of Due Process, and each Defendant has sufficient minimum contacts with the state of Illinois to satisfy Due Process.

13. ***Interstate Commerce:*** Defendants' conduct as alleged herein substantially affects interstate trade and commerce by harming competition, raising prices, restricting output, and harming Class members throughout the United States.

## III. PARTIES

### A. Plaintiff

14. Plaintiff Jakob Stevens and Kyli Knickerbocker Stevens d/b/a Fire Creek Farms is a family farm with its principal place of business at 3450 Plank Rd., Livonia, NY 14487.

15. During the Class Period (defined *infra*), Plaintiff purchased NPK Fertilizers in the United States or its territories directly from one or more of the Defendants at supra-competitive prices. By paying artificially inflated prices for NPK Fertilizers, Plaintiff suffered antitrust injury

as a direct result of the antitrust violations alleged in this Complaint.

## B. Defendants

### *1. Nutrien*

16. Nutrien Ltd. is a publicly traded Canadian company with its principal place of business in Saskatoon, Saskatchewan. Nutrien arose out of PotashCorp, which was first established as a public corporation by the government of Saskatchewan in 1975. Following its 1990 privatization, the company pursued an aggressive expansion strategy, purchasing major U.S. producers of fertilizers such as Potash Company of America, TexasGulf, and White Springs Agricultural Chemicals. In 2016, PotashCorp proposed a merger with Agrium, a supplier of agricultural products and a major producer of Potash. In 2018, the FTC approved the merger contingent on the divestiture of two Agrium facilities, neither of which produced Potash. The combined company is the world's largest Potash producer, operating six of Saskatchewan's ten Potash mines, and becoming the second largest fertilizer company worldwide. As of the date of consolidation, the merged firm held approximately 60% of Potash capacity in North America. It is also one of the largest producers of Nitrogen and Phosphorus Fertilizers globally. Nutrien Ltd. maintains wholesale mining and production operations of Potash, Nitrogen Fertilizers, and Phosphorus Fertilizers in Canada, the United States, and other countries.

17. Nutrien Ag Solutions, Inc. is the global retail division and wholly-owned subsidiary of Nutrien Ltd., with headquarters located at 3005 Rocky Mountain Avenue, Loveland, Colorado 80538.

18. At all relevant times, Nutrien Ltd. and Nutrien Ag Solutions, Inc. acted in all aspects as the agent and alter ego of each other, and references to "Nutrien" refer to each Nutrien Defendant individually and collectively.

19. Nutrien is one of the largest manufacturers and distributors of NPK Fertilizers in the United States. In North America, Nutrien controls 22% of the market for Nitrogen Fertilizers. With Mosaic, Nutrien controls 91% of the market for Phosphorus Fertilizers and 90-95% of the Potash market. During the Class Period, Nutrien sold NPK Fertilizers to purchasers in the United States, including members of the Class.

***2. Yara***

20. Yara International ASA is a publicly traded company, listed on the Oslo Stock Exchange (YAR.OL), with headquarters located at Drammensveien 131, 0277 Oslo, Norway. Yara International ASA is a leading worldwide manufacturer of multiple varieties of NPK Fertilizers.

21. Yara North America, Inc. is a wholly-owned subsidiary of Yara International ASA, with headquarters located at 100 North Tampa Street, Suite 3200, Tampa, FL 33602.

22. At all relevant times, Yara International ASA and Yara North America, Inc. acted in all aspects as the agent and alter ego of each other, and references to “Yara” refer to each Yara Defendant individually and collectively.

23. Yara sells and markets NPK Fertilizers to purchasers throughout the United States, including members of the Class.

***3. Koch***

24. Koch Agronomic Services, LLC and Koch Fertilizer, LLC are wholly-owned subsidiaries of Koch Ag & Energy Solutions, LLC (“KAES”), which is itself a wholly-owned subsidiary of Koch Inc., a privately held company.

25. Koch Fertilizer Holding Company, LLC is incorporated in Delaware and Koch Fertilizer, LLC and Koch Inc. are incorporated in Kansas. Their headquarters are located at 4111 E 37th Street N, Wichita, Kansas, 67220.

26. Koch is a leading manufacturer of nitrogen-based NPK Fertilizers throughout the United States. Koch Fertilizer, LLC and its affiliates own or have interests in Nitrogen Fertilizer plants in the United States, Canada, and Trinidad and Tobago, as well as a Phosphate Fertilizer plant in Morocco.

27. At all relevant times, the Koch Defendants acted in all aspects as the agent and alter ego of one another, and references to "Koch" refer to each Koch Defendant individually and collectively.

28. During the Class Period, Koch sold NPK Fertilizers to purchasers in the United States, including members of the Class.

#### ***4. CF Industries***

29. CF Industries Holdings, Inc. is a publicly traded company incorporated in Delaware and listed on the New York Stock Exchange (NYSE: CF), with headquarters located at 2375 Waterview Drive, Northbrook, Illinois 60062. CF Industries Holdings, Inc. is the largest Nitrogen Fertilizer producer in North America and produces four nitrogen-based NPK Fertilizers for sale throughout the United States and the United Kingdom.

30. CF Industries, Inc. is a wholly-owned subsidiary of CF Industries Holdings, Inc., through which its business is conducted. CF Industries, Inc. is incorporated in Delaware with its principal place of business in Northbrook, Illinois.

31. At all relevant times, CF Industries Holdings, Inc. and CF Industries, Inc. acted in all aspects as the agent and alter ego of each other, and references to "CF Industries" refer to each CF Industries Defendant individually and collectively.

32. CF Industries produces Nitrogen Fertilizers throughout the United States. During the Class Period, CF Industries sold NPK Fertilizers to purchasers in the United States, including members of the Class.

### *5. Mosaic*

33. The Mosaic Company is a publicly traded company listed on the New York Stock Exchange (NYSE: MOS). Mosaic Fertilizer, LLC is a wholly-owned subsidiary of The Mosaic Company. Both companies are incorporated in Delaware, with headquarters located at 13830 Circa Crossing Drive, Lithia, Florida 33547.

34. At all relevant times, The Mosaic Company and Mosaic Fertilizer, LLC acted in all aspects as the agent and alter ego of each other, and references to "Mosaic" refer to each Mosaic Defendant individually and collectively.

35. Mosaic was formed in October 2004 by a merger between IMC Global and Cargill's crop nutrition division, immediately creating one of the world's largest producers of fertilizers. In 2016, Mosaic acquired Vale S.A.'s Vale Fertilizantes business, giving it access to two additional Potash plants in Brazil and Saskatchewan. Mosaic is the world's leading integrated producer of concentrated phosphate and potash nutrients for use in NPK Fertilizers and is currently one of the largest North American producers of Potash and Phosphorus Fertilizers. Mosaic produces over 67% of the phosphate rock mined in the U.S., and with Nutrien it controls 91% of Phosphate Fertilizers in North America.

36. During the Class Period, Mosaic sold NPK Fertilizers to purchasers in the United States, including members of the Class.

### *6. Canpotex*

37. Canpotex Limited is a Canadian joint venture that is wholly owned by Nutrien Ltd. and Mosaic Canada Crop Nutrition, LP (a wholly owned subsidiary of The Mosaic Company). Canpotex is headquartered in Saskatoon, Canada. Canpotex is the world's leading producer of potash minerals used in NPK Fertilizers. Canpotex produces blended mixes for NPK Fertilizers.

38. During the Class Period, Canpotex sold NPK Fertilizers to purchasers in the United States, including members of the Class.

### *7. Unnamed Co-Conspirators and Other Non-Parties*

39. Various other persons, firms, and corporations not named as Defendants have participated as co-conspirators with Defendants and have performed acts in furtherance of the illegal conduct described herein. Defendants are jointly and severally liable for the acts of these unnamed co-conspirators.

40. Whenever reference is made to any act of any corporation, the allegation means that the corporation engaged in the act by or through its officers, directors, agents, employees, or representatives while they were actively engaged in the management, direction, control, or transaction of the corporation's business or affairs.

41. Defendants are also liable for acts done in furtherance of the alleged conduct by companies they acquired through mergers and acquisitions.

## IV. FACTUAL ALLEGATIONS

### A. Production and Purpose of NPK Fertilizers

#### *1. Nitrogen Fertilizers*

42. Nitrogen (N) is the single most important nutrient for plant growth. It is a key component of chlorophyll, the molecule that enables photosynthesis, and it is also necessary for the formation of proteins and other biological compounds involved in plant growth. Adequate nitrogen supports the development of leaves and stems and is associated with faster vegetative growth and higher crop yields. For these reasons, Nitrogen Fertilizers are widely used in agriculture.

43. To produce Nitrogen Fertilizers, air and natural gas are combined to create ammonia through the Haber-Bosch process. In this process, nitrogen gas from the air is combined

with hydrogen, typically derived from natural gas, under conditions of high temperature and pressure in the presence of a catalyst to produce ammonia. This ammonia serves as the principal intermediate used to manufacture a variety of Nitrogen Fertilizer products that supply nitrogen which plants absorb as nitrate or ammonium ions. Ammonia is used directly in the form of anhydrous ammonia, which is a colorless, pressurized liquid that immediately turns into gas when injected into the soil. Anhydrous ammonia is 82% nitrogen.

44. Another common form of Nitrogen Fertilizer is urea. Urea is produced by combining ammonia and carbon dioxide to form ammonium carbamate, which is then converted into urea through dehydration. Urea is converted into solid white crystalline fertilizer pellets that can be stored, transported, and applied in agricultural operations. Urea is 46% nitrogen.

45. Nitrogen Fertilizers may also be produced by reacting ammonia with nitric acid to form ammonium nitrate. Ammonium nitrate fertilizer is 34% or 34.5% nitrogen. Urea and ammonium nitrate may be blended together to produce urea-ammonium nitrate, or UAN. UAN is a liquid solution containing 28-32% nitrogen and is one of the most popular Nitrogen Fertilizers.

46. Another common Nitrogen Fertilizer is ammonium sulfate, which is produced by reacting ammonia with sulfuric acid. Ammonium sulfate is 21% nitrogen.

### *2. Phosphorus Fertilizers*

47. Phosphorus (P) plays an important role in energy transfer within plant cells, including through molecules such as ATP, and contributes to early plant development, root formation, and the production of flowers and seeds. Adequate phosphorus availability is therefore associated with strong root systems and successful crop establishment. For these reasons, Phosphorus Fertilizers are added to soil in agricultural settings to support an essential nutrient required for several core plant functions.

48. Phosphorus Fertilizers are produced from phosphate rock, a naturally occurring mineral resource mined from geological deposits. Phosphate rock mining requires enormous capital investment, specialized engineering, extensive permitting, and years of development before production can begin.

49. After mining, the rock is processed chemically, typically by treatment with acids (often sulfuric acid), to convert the phosphorus into forms that plants can readily absorb. The phosphoric acid is either concentrated or mixed with ammonia to make a range of Phosphorus Fertilizers used in commercial agriculture.

50. Common Phosphorus Fertilizer products include diammonium phosphate, monoammonium phosphate, and triple superphosphate. These fertilizers are generally manufactured as dry granules that can be transported in bulk and applied directly to fields or blended with other nutrients in compound fertilizers.

### *3. Potash Fertilizers*

51. Potassium (K) is the primary plant nutrient required for healthy crop growth. Potassium helps regulate water movement within plant tissues, activates enzymes involved in metabolism, and supports plant tolerance to environmental stresses such as drought or disease. Adequate potassium availability can contribute to improved crop quality and resilience. For these reasons, Potash Fertilizers are widely used in agriculture.

52. Potash Fertilizers are produced from naturally occurring potash ores formed from ancient, evaporated seas. These mineral deposits are either extracted through conventional underground mining or through solution mining, and then they are processed to separate potassium-bearing compounds suitable for agricultural use. The resulting products contain potassium in forms that plants can absorb as potassium ions.

53. Potash mining requires enormous capital investment, specialized engineering, extensive permitting, and years of development before production can begin. In conventional underground mining, shafts are drilled thousands of feet below the surface to access potash ore bodies. The mining equipment removes the ores, which are then transported to mills for processing into Potash Fertilizer products.

54. In solution mining operations, water is injected into underground potash deposits to dissolve potassium salts. The resulting brine solution is then pumped to the surface to cool, where the potassium salts are recovered and then transported to mills for processing into Potash Fertilizer products.

55. The most widely used Potash Fertilizer is potassium chloride, while potassium sulfate is also used, particularly for crops that are sensitive to chloride. Potash Fertilizers are typically sold as crystalline or granular solids that can be applied directly to fields or blended with other nutrients in compound fertilizers.

56. NPK Fertilizers are produced by combining nitrogen, phosphorus, and potassium sources through precise chemical processing, mixing, granulation, and quality control to create uniform, nutrient-balanced granules.

## B. The Market for NPK Fertilizers

57. According to the U.S. Department of Agriculture ("USDA"), total cropland in the U.S. in 2024 was 328 million acres.[5] The Fertilizer Institute reported in 2024 that "[d]omestically, the [fertilizer] industry contributes $140 billion to the economy."[6]

58. NPK Fertilizers are favored over other fertilizers because they supply the three macronutrients that crops need in the largest amounts, are highly concentrated, predictable, and fast-acting, allowing farmers to efficiently meet crop nutrient requirements. Unlike organic fertilizers, NPK Fertilizers provide precise nutrient content, are easy to store and transport, release nutrients more quickly into the soil, and are adaptable to most major crops and soil types, making them the primary choice for high-yield, modern agriculture.

59. In recent years, tens of millions of metric tons of NPK Fertilizers have been consumed annually. In 2022 alone, U.S. farmers applied approximately 14.9 million metric tons of nitrogen nutrients, 6.5 million metric tons of phosphate nutrients, and 4.6 million metric tons of potassium nutrients to agricultural land.[7]

---

[5] Scott Callahan, "Total cropland used for crops stood at 328 million acres in 2024," U.S. Department of Agriculture Economic Research Service (Apr. 23, 2025), *available at* https://www.ers.usda.gov/data-products/charts-of-note/chart-detail?chartId=111436#:~:text=For%202024%2C%20total%20U.S.%20cropland,estimates%20and%20revised%202023%20estimates.

[6] "TFI Study Highlights Fertilizer Industry's $140 Billion Impact and Global Trade Ties," The Fertilizer Institute (Dec. 12, 2024), *available at* https://www.tfi.org/media-center/2024/12/12/tfi-study-highlights-fertilizer-industrys-140-billion-impact-and-global-trade-ties/.

[7] Henrique Monaco, Nick Paulson, and Gary Schnitkey, "Trends in Fertilizer Use and Efficiency in the U.S.," Department of Agricultural and Consumer Economics, University of Illinois (May 29, 2025), *available at* https://farmdocdaily.illinois.edu/2025/05/trends-in-fertilizer-use-and-efficiency-in-the-us.html#:~:text=Fertilizer%20is%20one%20of%20the,crop%20for%20each%20major%20nutrient. (citing International Fertilizer Association, TEAD Analysis).

60. Because fertilizer nutrients must be applied each growing season to maintain expected yields of crops, farmers have limited ability to substitute NPK Fertilizers with alternate fertilizers or defer purchases without risking reduced crop production and soil nutrient depletion.

**C. NPK Fertilizer Industry Consolidation and Market Concentration**

61. The NPK Fertilizer industry in the United States has experienced significant consolidation over the past 35 years. The number of companies producing fertilizers during that time has dwindled substantially,[8] and this consolidation has continued during the Class Period. For example, Koch Ag & Energy Solutions acquired a major Nitrogen Fertilizer plant in Wever, Iowa from OCI Global in 2024. The acquisition was opposed by local farmers and advocacy groups due to concerns that increased consolidation could lead to higher fertilizer prices and reduced competition.[9]

---

[8] Nathan Beacom, "Record Prices Give Rise to Consolidation Concerns in the Fertilizer Industry" (Sept. 23, 2022), *available at* https://ambrook.com/offrange/supply-chain/record-prices-consolidation-concerns-fertilizer-industry-ukraine-nitrogen.

[9] Farm Journal Pro Farmer Market Analysis, "Koch Acquires $3.6 Billion Iowa Fertilizer Plant Amid Antitrust Concerns" (Sept. 3, 2024), *available at* https://www.agweb.com/markets/pro-farmer-analysis/koch-acquires-3-6-billion-iowa-fertilizer-plant-amid-antitrust-concerns.

**Number of NPK Fertilizer Companies in North America (1990-2024)**[10]




62. Today, the NPK Fertilizer industry is dominated by just a few corporations working in tandem. Combined, CF Industries, Nutrien, Koch, and Yara control 82% of the Nitrogen Fertilizer market in North America.[11]




[10] "Fertilizer: The Hidden Engine of Corporate Power," Farm Action (Oct. 9, 2025), *available at* https://farmaction.us/fertilizer-the-hidden-engine-of-corporate-power/.
[11] Farm Action Fact Sheet: The Fertilizer Sector (Sept. 2024), *available at* https://farmaction.us/wp-content/uploads/2024/09/Fertilizer_Farm-Action.pdf; Agriculture Concentration Data, Farm Action (Sept. 2024), *available at* https://farmaction.us/concentrationdata/.

63. Just two companies, Nutrien and Mosaic, control 91% of the Phosphate Fertilizer market in North America.[12]




64. Those same two companies, Nutrien and Mosaic, control 90-95% of the Potash Fertilizer market in North America.[13]




**D. Prices for NPK Fertilizers Rose Precipitously During the Class Period**

65. The consolidation of control over NPK Fertilizer inputs and fertilizer sales in the hands of the Defendants has given these firms significant market power in the NPK Fertilizer sector. Because of their substantial advantages in total capacity over existing and potential rivals, Defendants can materially influence national and regional NPK Fertilizer markets and affect price

[12] *Id.*
[13] *Id.*

levels.

66. Retailers, wholesalers, and producers in the NPK Fertilizer sector widely recognize CF Industries, Mosaic, and Nutrien as the "price leaders" for Nitrogen, Phosphate, and Potassium Fertilizers in U.S. markets, respectively.

67. Prior to the start of the conspiracy, NPK Fertilizer prices had been declining steadily for almost a decade. Price increases were typically transitory, and market forces corrected pricing (consistent with a competitive market). Even during the COVID-19 pandemic in 2020, NPK Fertilizer prices remained at average or slightly lower levels.

68. Contrary to these previous pricing patterns, NPK Fertilizer prices became significantly elevated during the Class Period as a result of Defendants' unlawful conduct. Beginning in 2021, the price of all major nutrients used in crop production—nitrogen, phosphorus, and potassium—skyrocketed at record-breaking rates and levels. This sharp price surge reflects the Defendants' collusive conduct.

69. As shown below, available public pricing reveals a consistent pattern among NPK Fertilizers consisting of steep price increases from 2021 to 2022, followed by a brief decline in 2023, and renewed increases in 2024 that continue through the present.

**Producer Price Index for Fertilizers (2020-Present)**



**Producer Price Index for Nitrogen Fertilizers (2020-Present)**




**Producer Price Index for Phosphate Fertilizers (2020-Present)**




**Producer Price Index for Potash Fertilizers (2020-2022) (Post-2022 Data Unavailable)**




70. Compared to September 2020 prices, the main nitrogen-based fertilizers—anhydrous ammonia, urea, and liquid nitrogen—have increased 210%, 155%, and 159%,

respectively in the past six years. Phosphorus-based fertilizers, including diammonium phosphate ("DAP") and monoammonium phosphate ("MAP"), increased 100% and 125% respectively during the same period. And, potash prices rose over 134% from 2020-2022.

71. Public financial disclosures by Nutrien and CF Industries show that Nitrogen Fertilizer prices moved sharply upward beginning in 2021.

72. In its Annual Report for 2022, Nutrien reported that its prices for Nitrogen Fertilizers increased 66.8% between 2021 and 2022 (from $392 to $654 per metric ton).[14] Further, Nutrien reported that it "delivered record net earnings [in 2022] due to the strength of agriculture fundamentals, *higher fertilizer prices* and *excellent Nutrien Ag Solutions ("Retail") performance*."[15] Ken Seitz, Nutrien's President and CEO, explained that its Nitrogen and Phosphate businesses "benefited from higher global benchmark prices."[16] And, the "fundamentals for [its] business are strong as agriculture commodity *prices remain well above historical levels*, global supply constraints persist and demand for crop inputs is expected to increase in 2023."[17] According to Nutrien, "North American nitrogen producers currently have an advantaged cost position due to the relatively low price of natural gas compared to competitors in Europe and Asia."[18]

73. On February 23, 2023, CF Industries revealed similar year-over-year price increases for its Nitrogen Fertilizers in its 2022 Annual Report. Specifically, CF Industries reported that ammonia prices increased 84% between 2020 and 2021 (from $271 to $498 per product ton),

---

[14] Nutrien 2022 Annual Report, at 47, *available at* https://cdn.sanity.io/files/ixv7nalm/production/3c7e8bdfb2e60b90ed9db9e6b4f9708d7659fdbf.pdf.
[15] *Id.* at 4 (emphasis added).
[16] *Id.* at 7.
[17] *Id.* (emphasis added).
[18] *Id.* at 21.

and then rose another 88% between 2021 and 2022 (from $498 to $936 per product ton).[19] CF Industries attributed the price increases to "the impact of a tighter global nitrogen supply and demand balance."[20] Granular urea prices increased 81% between 2020 and 2021 (from $242 to $438 per product ton), and then rose another 45% between 2021 and 2022 (from $438 to $633 per product ton).[21] UAN prices increased 75% between 2020 and 2021 (from $155 to $272 per product ton), and then rose again 93% between 2021 and 2022 (from $272 to $526 per product ton).[22] Ammonium nitrate (AN) prices increased 45% between 2020 and 2021 (from $205 to $297 per product ton), and then rose again 78% between 2021 and 2022 (from $297 to $530 per product ton).[23]

74. Public financial disclosures by Nutrien and Mosaic show that Phosphorus Fertilizer prices moved sharply upward beginning in 2021.

75. In its 2022 Annual Report, Nutrien revealed that average net realized phosphate selling prices increased from 2021 to 2022. Average selling price per ton of Phosphate Fertilizers rose 34% (from $602 in 2021 to $806 in 2022).[24] Nutrien reported to its shareholders that its Phosphate business in 2022 benefited from "higher global benchmark prices."[25]

---

[19] CF Industries Holdings, Inc. 2022 Annual Report (Form 10-K), at 43, *available at* https://www.cfindustries.com/globalassets/cf-industries/media/documents/reports/annual-reports/2022-cf-industries-annual-report.pdf.
[20] *Id.*
[21] *Id.* at 44.
[22] *Id.* at 45
[23] *Id.* at 46.
[24] Nutrien 2022 Annual Report, at 49 *available at* https://cdn.sanity.io/files/ixv7nalm/production/3c7e8bdfb2e60b90ed9db9e6b4f9708d7659fdbf.pdf.
[25] *Id.*

76. On February 22, 2023, Mosaic made a similar announcement. In a release about its Q4 and 2022 earnings, Mosaic reported that its average price for Phosphorus Fertilizers in North America increased 43% between 2021 and 2022 (from $564 to $804 per metric ton).[26]

77. While Defendants' Phosphorus Fertilizer prices began declining in 2023, the price decreases did not last. In 2025, Defendants Nutrien and Mosaic once again raised prices.

78. In a February 18, 2026 release about its Q4 and 2025 earnings, Nutrien reported that its price for Phosphorus Fertilizer in North America increased from approximately $615 per metric ton in Q4 2024 to approximately $677 per metric ton in Q4 2025, a 10% increase.[27]

79. Similarly, Mosaic reported on February 24, 2026 that its price for Phosphorus Fertilizer in North America increased 14.5% between 2024 and 2025 (from $585 to $670 per metric ton).[28]

80. Public financial disclosures by Nutrien and Mosaic show that Potash Fertilizer prices moved sharply upward beginning in 2021. In its 2022 Annual Report, Nutrien reported that its average price for Potash Fertilizer in North America increased 110% between 2021 and 2022 (from $317 to $667 per metric ton).[29]

---

[26] Press Release, The Mosaic Company, "The Mosaic Company Reports Fourth Quarter and Full Year 2022 Results" (Feb. 22, 2023), at 3, *available at* https://s1.q4cdn.com/823038994/files/doc_financials/2022/q4/FINAL_Press-Release-Q4-2022-_305PM.pdf.

[27] Nutrien News Release (Feb. 18, 2026), at 9 *available at* https://cdn.sanity.io/files/ixv7nalm/production/e5ec528d1ec4b8d0f84bea234e28087cf8b2790e.pdf.

[28] Press Release, The Mosaic Company, "The Mosaic Company Reports Fourth Quarter and Full Year 2025 Results" (Feb. 24, 2026), at 4, *available at* https://s1.q4cdn.com/823038994/files/doc_financials/2025/q4/Press-Release-Q4-2025-Exhibit-99-1-FINAL.pdf.

[29] Nutrien 2022 Annual Report, at 44 *available at* https://cdn.sanity.io/files/ixv7nalm/production/3c7e8bdfb2e60b90ed9db9e6b4f9708d7659fdbf.pdf.

81. On February 22, 2023, Mosaic made a similar announcement. In a release about its Q4 and 2022 earnings, Mosaic reported that its average price for Potash Fertilizer in North America increased 121.7% between 2021 and 2022 (from $285 per metric ton to $632).[30]

82. While Defendants' Potash Fertilizer prices began declining in 2023, the price decreases did not last. In 2025, Defendants Nutrien and Mosaic once again raised prices.

83. In a release about its Q4 and 2025 earnings, Nutrien reported on February 18, 2026 that its price for Potash Fertilizers in North America increased from approximately $270 per metric ton in Q4 2024 to approximately $305 per metric ton in Q4 2025, a 13% increase.[31]

84. Similarly, Mosaic reported on February 24, 2026 that its price for Potash Fertilizers in North America increased 14.8% between 2024 and 2025 (from $222 to $255 per metric ton).[32]

85. The artificially inflated prices of NPK Fertilizers now comprise a significantly higher share of farmers' production expenses.[33]

---

[30] Press Release, The Mosaic Company, "The Mosaic Company Reports Fourth Quarter and Full Year 2022 Results" (Feb. 22, 2023), at 3, *available at* https://s1.q4cdn.com/823038994/files/doc_financials/2022/q4/FINAL_Press-Release-Q4-2022-_305PM.pdf.

[31] Nutrien News Release (Feb. 18, 2026), at 7 *available at* https://cdn.sanity.io/files/ixv7nalm/production/e5ec528d1ec4b8d0f84bea234e28087cf8b2790e.pdf.

[32] Press Release, The Mosaic Company, "The Mosaic Company Reports Fourth Quarter and Full Year 2025 Results" (Feb. 24, 2026), at 3, *available at* https://s1.q4cdn.com/823038994/files/doc_financials/2025/q4/Press-Release-Q4-2025-Exhibit-99-1-FINAL.pdf.

[33] Faith Parum, Ph.D., "Fertilizer Market Volatility Grows," MarketIntel (Sept. 11, 2025), *available at* Fertilizer Outlook: Global Risks, Higher Costs, Tighter Margins | Market Intel | American Farm Bureau Federation.




86. These production input costs increases are consistent across regions of the country. Per USDA AMS Fertilizer Cost Reports, the production costs for farmers across regions show strong correlation.[34] These costs for DAP, potash, and urea all show similar increases:




Source: USDA AMS Fertilizer Production Cost Reports.

[34] USDA AMS Fertilizer Cost Reports, *available at* https://www.ams.usda.gov/market-news/production-cost. Note that gaps in charts reflect unavailability of data for certain quarters.

Average Production Costs for Potash (Potassium)
by Region




Source: USDA AMS Fertilizer Production Cost Reports.

Average Production Costs for Urea
by Region




Source: USDA AMS Fertilizer Production Cost Reports.

87. These higher production costs are resulting in devastating impacts on farmers. Per a recent survey conducted by the American Farm Bureau Federation, around 70% of respondents

report being unable to afford all of the fertilizer they need.[35] In the same survey, the majority of farmers reported worsening financial conditions in 2026.[36]




**E. Rising Input Costs Do Not Explain the Substantial NPK Fertilizer Price Increases**

88. Defendants have repeatedly attributed NPK Fertilizer price increases during the Class Period to general inflation, logistics disruptions, and global supply events, including, but not limited to, the ongoing war in Ukraine, the resulting sanctions on exports from Russia and Belarus, and the recently initiated war in Iran.

89. However, international supply disruptions do not fully explain the persistently high prices.

90. Regarding Potash, following the 2022 invasion of Ukraine, producers of Potash outside of sanctioned countries would have been incentivized to increase supply levels in order to

---

[35] Faith Parum, Ph.D., "Farm Bureau Survey Reveals Real Impact of Fertilizer Availability and Price," (Apr. 14, 2026), *available at* https://www.fb.org/market-intel/farm-bureau-survey-reveals-real-impact-of-fertilizer-availability-and-price.
[36] *Id.*

take share from their competitors. Absent any other restriction on the supply of Potash, a continued expansion of supply should have resulted in prices falling back to pre-2022 levels. However, prices have remained at supra-competitive levels, well above those set out in 2021, throughout the Class Period. Potash producers' refusal to cut their prices constitutes an action which would be against their economic self-interest, absent a conspiracy to increase or stabilize prices.

91. Moreover, in December of 2025, the United States agreed to remove sanctions on Belarusian Potash, a major source of supply, in exchange for the release of political prisoners. However, the effect on prices of Potash was "muted," with this reopened supply source failing to bring down prices.

92. Nor do input price increases explain the continually high price of Nitrogen Fertilizer. Prices remained elevated throughout the Class Period even when natural gas prices were relatively cheap.

93. Indeed, prices across all three NPK Fertilizer sources "remain[ed] stubbornly high" throughout the Class Period, "even as commodity markets soften[ed]."[37]

94. On December 8, 2021, the Family Farm Action Alliance sent a letter to the DOJ, calling for an investigation into the highly-consolidated fertilizer sector because of the suspicion of anti-competitive practices. The letter called out Defendants' unsupported claims of supply issues:

> Claiming a global shortage, fertilizer companies have recently broken records with the ballooning prices they charge for fertilizer. Yet the companies' own documents refute any shortage claims and reveal they have additional capacity they're not utilizing. While it's true that natural gas prices are currently high, Yara's 2021 third

[37] RealAgriculture Market Team, "Sticky input prices and short supplies: What's keeping fertilizer costs high?," RealAgriculture (Aug. 28, 2025), *available at* https://www.realagriculture.com/2025/08/sticky-input-prices-and-short-supplies-whats-keeping-fertilizer-costs-high/.

> quarter report states explicitly that this has had "[l]imited impact on finished fertilizer production to date; Yara is closely monitoring the situation going forward." Nutrien's annual report states that "due to historically low global ammonia prices we curtailed production ... while maintaining flexibility to respond to improvements in the market condition." Their potash capacity likewise exceeds current production levels, and in 2020 the cash cost to produce potash was $59 per tonne, the lowest level on record for Nutrien.[38]

95. On March 12, 2026, U.S. Senator Josh Hawley, the Chairman of the Subcommittee on Crime and Counterterrorism, wrote to CF Industries, Mosaic, Koch, Nutrien, and Yara asking each to explain recent NPK Fertilizer price increases and noting that "the price run-ups American farmers are facing far outpace any disruption from recent events."[39] Among other things, Senator Hawley requested that each company identify with specificity any recent price changes and whether "your company communicated with any competitor regarding prices, production, inventory, allocations, capacity, market conditions, customer terms, or timing of announcements."[40]

96. At the same time, Senator Hawley wrote to Attorney General Pamela Bondi, noting the high level of concentration in the NPK Fertilizer market and requesting that she, among other things, "open or expand a formal investigation into pricing, output, allocation, and communications practices among fertilizer producers serving the U.S. market."[41]

---

[38] Letter to DOJ from Joe Maxwell, President of Family Farm Action Alliance (Dec. 8, 2021) (internal citations omitted), *available at* https://farmaction.us/wp-content/uploads/2021/12/FFAA_DOJ_Fertilizer_Investigation_Final.pdf.

[39] *See, e.g.*, Letter from Senator Josh Hawley to Christopher Bohn, President and Chief Executive Officer of CF Industries Holding Inc. (Mar. 12, 2026) *available at* https://www.hawley.senate.gov/wp-content/uploads/2026/03/2026-03-12-Letter-to-Fertilizer-Companies-CF-Industries-Holdings-Inc.pdf.

[40] *Id.*

[41] Letter from Senator Josh Hawley to Hon. Pamela Bondi, Attorney General (Mar. 12, 2026), *available at* https://www.hawley.senate.gov/wp-content/uploads/2026/03/2026-03-12-Letter-to-DOJ-re-Fertilizer-Companies.pdf.

97. While Plaintiff and members of the Class paid higher prices for NPK Fertilizers, Defendants experienced record high profits:

**<u>Defendants' Profits Spike Following Price Increases</u>**[42]




98. As the following charts illustrate, from Q1 2020 to Q1 2022, gross profit margins for CF Industries, Nutrien, and Mosaic increased by 176%, 104.7%, and 580%, respectively.

**CF Industries' Gross Profit Margins 2017-2025**




[42] Noah Zahn, "The price of plenty: Fertilizer companies cash in while farmers struggle," WUSF NPR (June 8, 2023), *available at* https://www.wusf.org/environment/2023-06-08/the-price-of-plenty-fertilizer-companies-cash-in-farmers-struggle.

**Nutrien Gross Profit Margins 2017-2025**




**Mosaic Gross Profit Margins 2017-2025**




99. Moreover, Defendants' financial reports reflect that there were no capacity shortages and that the increases to NPK Fertilizer prices were not attributable to supply chain shocks that resulted in increased input costs.

100. For example, while Nutrien's nitrogen cost of goods sold in 2021 increased by 30% compared to the previous year, its gross manufacturing margin went up 290% from 2020.[43] Nutrien's net income also increased significantly, "report[ing] nearly $2 billion in net income

[43] Press Release, Nutrien: "Nutrien Delivers Record Results and Expects Continued Growth in 2022" (Feb. 16, 2022), *available at* https://www.nutrien.com/news/press-releases/nutrien-delivers-record-results-and-expects-continued-growth-in-2022-1625.

during the first three quarters of 2021, up from $143 million at the same time in 2020. The company's revenues topped $20.4 billion in 2021, compared to less than $17 billion in 2020."[44]

101. CF Industries' gross margin increased by 198% in 2021.[45] During the first three quarters of 2021, CF Industries earned nearly $4 billion in revenues, up from about $3 billion the previous year.[46]

102. Mosaic earned $966 million in net income during the first three quarters of 2021 on revenues of $8.5 billion compared to a $162 million loss in 2020 with $6.2 billion in sales.[47]

103. Yara International's 2021 annual report admitted that "increased price transparency can challenge fertilizer premiums," and then went on to attribute the 76% increase in U.S. earnings before interest, taxes, depreciation, and amortization (EBITDA) since the prior year to "higher production margins in North America and slightly higher deliveries."[48]

104. When Farm Action analyzed the movement of fertilizer prices in 2021, it found that producers' prices appeared to move in tandem, and that these price changes were not tied to demand or cost or any other legitimate business factor, but simply to the variation in grain prices.[49]

---

[44] Mateusz Perkowski, "Soaring fertilizer prices boost profits for manufacturers," Capital Press (Nov. 9, 2021), *available at* https://capitalpress.com/2021/11/09/soaring-fertilizer-prices-boost-profits-for-manufacturers/.

[45] CF Industries 2021 Annual Report, at 40, *available at* https://preprod.cfindustries.com/globalassets/cf-industries/media/documents/reports/annual-reports/cfindustriesannualreport2021.pdf.

[46] Mateusz Perkowski, "Soaring fertilizer prices boost profits for manufacturers," Capital Press (Nov. 9, 2021), *available at* https://capitalpress.com/2021/11/09/soaring-fertilizer-prices-boost-profits-for-manufacturers/.

[47] *Id.*

[48] Yara Integrated Report 2021, at 18, 60, *available at* https://www.yara.com/siteassets/investors/057-reports-and-presentations/annual-reports/2021/yara-integrated-report-2021.pdf.

[49] *See* Sarah Carden, "Big Fertilizer: Measuring the Impacts of Food and Farm System Concentration, Farm Action Special Report" (Jan. 19, 2022), *available at* https://farmaction.us/wp-content/uploads/2022/01/Big-Fertilizer_-Measuring-the-Impacts-of-

"What actually appears to drive fertilizer prices," Farm Action concluded that "[i]n effect, these corporations are tying the price of their products to the farmer's ability to pay, rather than to supply and demand — which equates to an abuse of the market. Such abuses allow concentrated corporations to extract maximum profit out of the supply chain, leaving the farmer with no hope of profitability."[50]

105. This conclusion was also supported by various academic and governmental analyses of fertilizer price trends. For example, a 2021 article by University of Illinois economists stated that "retail fertilizer prices are highly related to corn prices, suggesting that demand conditions and assessment of farmers' abilities to pay influence nitrogen fertilizer companies' pricing decisions."[51]

106. A December 2021 study by the Agricultural and Food Policy Center and Texas A&M University also concluded that, "[t]he suggestion that recent increases in the price of natural gas are the primary reason for recent increases in the prices of nitrogen products is 'highly suspect.'" Instead, "fertilizer prices are tracking closely with the improvement in corn prices, leading producers to question the influence of fertilizer companies."[52]

107. A 2015 analysis by USDA economists found that "natural gas and ammonia

Food-and-Farm-System-Concentration.pdf; Joe Maxwell, Pres., Family Farm Action Alliance, Letter to DOJ (Dec. 8, 2021), *available at* https://farmaction.us/wp-content/uploads/2021/12/FFAA_DOJ_Fertilizer_Investigation_Final.pdf.

[50] Comments on Access to Fertilizer: Competition and Supply Chain Concerns (87 FR 15191), Docket No. AMS-AMS-22-0027; Page 15191-15194 at (June 10, 2022), *available at* https://www.regulations.gov/comment/AMS-AMS-22-0027-1407.

[51] Illinois Farm Bureau, "Comment on USDA Request for Comments Regarding Access to Fertilizer: Competition and Supply Chain Concerns," USDA Docket No. AMS-AMS-22-0027-1447 (May 12, 2022), *available at* https://www.regulations.gov/comment/AMS-AMS-22-0027-0952.

[52] FarmProgress, "Higher fertilizer prices not linked to natural gas" (Jan. 12, 2022), *available at* https://www.farmprogress.com/corn/higher-fertilizer-prices-not-linked-to-natural-gas.

fertilizer prices were decoupled around the year 2008," and that ammonia fertilizer prices thereafter "became more highly correlated with the price of corn."[53]

108. A March 15, 2024, AGWEB article noted that:

> Despite global nitrogen fertilizer use having fallen almost 6 percent in 2022 due to the higher prices … as well as spot shortages of product in some regions, global urea prices did not fall back to earlier (2021) levels on a consistent basis until late in 2023 … some analysts have suggested that the industry's market power helped keep those prices higher for longer than otherwise might have been the case in a more competitive market.[54]

**E. The Structure and Characteristics of the Market for NPK Fertilizers Support the Existence of a Conspiracy**

109. Economic literature makes clear that structural market factors can be important in assessing whether conspiratorial conduct in violation of the antitrust laws has occurred.[55] While collusion can occur in almost any industry, it is more likely to occur in some industries than in others. An indicator of collusion may be more meaningful when industry conditions are already favorable to collusion. Legal scholars have identified "plus factors," which are "economic actions and outcomes, above and beyond parallel conduct by oligopolistic firms, that are largely inconsistent with unilateral conduct but largely consistent with explicitly coordinated action," and

---

[53] J. Beckman & S. Riche, "Changes to the Natural Gas, Corn, and Fertilizer Price Relationships From The Biofuels Era," 47(4) Journal of Agricultural and Applied Economics, 494-509 (2015), *available at* https://www.cambridge.org/core/services/aop-cambridge-core/content/view/1C0E7C415B04E10BFE0BBA54105A59A5/S107407081500022Xa.pdf/changes-to-the-natural-gas-corn-and-fertilizer-price-relationships-from-the-biofuels-era.pdf.
[54] AGWEB, "Concerns Grow Over Concentration in U.S. and Global Fertilizer Markets" (Mar. 15, 2024), *available at* https://www.agweb.com/opinion/concerns-grow-over-concentration-u-s-and-global-fertilizer-markets.
[55] Vega Economics, "Structural Factors that Facilitate Anticompetitive Behavior: Providing a Useful Context in Antitrust Cases" (Nov. 12, 2021), *available at* https://vegaeconomics.com/structural-factors-that-facilitate-anticompetitive-behavior-providing-a-useful-context-in-antitrust-cases.

therefore support an inference of collusion.[56] These plus factors exist in this case and provide evidence of a conspiracy.

110. ***Concentration of supply side:*** The Defendants are among the largest producers of NPK Fertilizers sold in the United States and together control 82% of the North American Nitrogen Fertilizer market, 91% of the North American Phosphate Fertilizer market, and 90-95% of the North American Potash market.[57] Because the manufacture of NPK Fertilizers is highly concentrated, with the Defendants controlling the vast majority of production, the NPK Fertilizer market is highly susceptible to collusion.[58]

111. ***Standardization:*** NPK Fertilizers are standardized because their nutrients are basic chemical components traded as commodities and used interchangeably, regardless of the specific source. This standardization also makes it easier for competing firms to coordinate on a common price structure.

112. ***Opportunities to collude at trade association meetings:*** Collusion also may be facilitated by trade associations. Here, manufacturer Defendants have had multiple opportunities to collude through industry trade associations to which they belong and on which their principals serve as board members. For example, Defendants Mosaic, Yara, CF Industries, Koch, Nutrien,

---

[56] William E. Kovacic, et al., "Plus Factors and Agreement in Antitrust Law," 110 Mich. L. Rev. 393, 393 (Dec. 2011), *available at* https://repository.law.umich.edu/mlr/vol110/iss3/1/.

[57] Agriculture Concentration Data, Farm Action (Sept. 2024), *available at* https://farmaction.us/concentrationdata/.

[58] *See* DOJ Antitrust Div., "Preventing And Detecting Bid Rigging, Price Fixing, And Market Allocation In Post-Disaster Rebuilding Projects," *available at* https://www.justice.gov/atr/preventing-and-detecting-bid-rigging-price-fixing-and-market-allocation-post-disaster-rebuilding ("Collusion is more likely to occur if there are few sellers. The fewer the number of sellers, the easier it is for them to get together and agree on prices, bids, customers, or territories.").

and Canpotex are active members of the International Fertilizer Association ("IFA").[59] Bruce Bohn (CF Industries), Bruce Bodine (Mosaic), Kenneth Seitz (Nutrien), and Svein Tore Holsether (Yara) are also members of IFA's Board.[60] IFA sponsors at least four recurring in-person trade association events each year, including the IFA Annual Conference. In 2022, IFA held its Strategic Forum in Washington, D.C.[61]

113. Similarly, CF Industries, Koch Fertilizer, LLC, Mosaic, Nutrien, and Yara are members and Board members of The Fertilizer Institute ("TFI").[62] In addition to offering exclusive members-only "market volatility information and resources,"[63] TFI has also sponsored dozens of in-person conferences throughout the United States during the Class Period, including an Annual Business Conference, Agronomy Conference and Expo, World Fertilizer Conference, and Market & Logistics Conference.[64]

114. Defendants Mosaic, Yara, CF Industries, Nutrien, and Canpotex are members of Fertilizer Canada ("FC"), a Canadian fertilizer industry organization headquartered in Ottawa, Ontario.[65] CF Industries, Inc., The Mosaic Company, Nutrien, and Yara North America, Inc. are

---

[59] IFA Members, *available at* https://www.fertilizer.org/about-ifa/our-members/ (last visited Apr. 21, 2026).
[60] IFA Board, *available at* https://www.fertilizer.org/about-ifa/structure-governance/our-board/ (last visited Apr. 21, 2026).
[61] IFA, Upcoming Events, *available at* https://www.fertilizer.org/news-events/events/ (last visited Apr. 21, 2026).
[62] TFI, Leadership, *available at* https://www.tfi.org/about-us/leadership/ (last visited Apr. 21, 2026).
[63] TFI Market Intelligence Insights, *available at* Market Intelligence Insights - The Fertilizer Institute (last visited Apr. 21, 2026).
[64] TFI Event Calendar, *available at* https://www.tfi.org/events/event-calendar/ (last visited Apr. 21, 2026).
[65] FC Member Directory, *available at* https://fertilizercanada.ca/membership/member-directory/ (last visited Mar. 19, 2026).

members of the Board of FC.[66] FC is an organization representing producers, manufacturers, wholesale and retail distributors of nitrogen, phosphate, potash and sulfur fertilizers.[67] During the Class Period, FC sponsored a number of in-person trade association events.

115. Nutrien and Mosaic are members[68] and Board members[69] of The Sulfur Institute ("TSI"), a global association for sulfur and sulfuric acid professionals, based in Washington, D.C.[70] TSI sponsors a number of in-person trade events each year, such as the Sulphur World Symposium and its annual Executive Committee Meeting.[71] During the Class Period, TSI sponsored a number of in-person trade events.

116. Both David Bilby (CF Industries) and Shawn McGreevy (Koch Fertilizer LLC), are Board members of the Fertilizer Industry Round Table ("FIRT"), a fertilizer trade group.[72] Gary Vogen (Yara North America, Inc.), previously served as a Board member of FIRT.[73] FIRT hosts an annual meeting, in partnership with TFI.[74]

---

[66] FC, "Who Is Fertilizer Canada," *available at* https://fertilizercanada.ca/about/ (last visited Apr. 21, 2026).
[67] *Id.*
[68] TSI Member Companies, *available at* https://www.sulphurinstitute.org/about-tsi/member-companies/ (last visited Apr. 21, 2026).
[69] TSI Board of Directors, *available at* https://www.sulphurinstitute.org/about-tsi/board-of-directors/ (last visited Apr. 21, 2026).
[70] TSI Mission and Programs, *available at* https://www.sulphurinstitute.org/about-tsi/mission-and-programs/ (last visited Apr. 21, 2026).
[71] TSI Meetings and Events, *available at* https://www.sulphurinstitute.org/events/tsi-meetings-and-events/ (last visited Apr. 21, 2026).
[72] FIRT Current Board Members, *available at* http://www.firt.org/about/current-board (last visited Apr. 21, 2026).
[73] FIRT Past Board Members, *available at* http://www.firt.org/about/past-member (last visited Apr. 21, 2026).
[74] FIRT Mission Statement, *available at* http://www.firt.org/about (last visited Apr. 21, 2026).

117. Both Koch Agronomic Services, LLC and Mosaic are members of the Agricultural Retail Association ("ARA"), an industry trade group based in Arlington, Virginia.[75] Additionally, Nathan Packer (Nutrien) and Bob Ness (Mosaic), are members of the Board of ARA.[76] ARA hosts a number of recurring in-person events, including the Annual ARA Conference and Expo,[77] in addition to semi-annual in-person meetings of ARA committees.[78]

118. ***Opportunities to share confidential information:*** The reciprocal sharing of firm-specific competitively sensitive information that would normally remain private is a "super plus factor" that leads to a strong inference of active collusion.

119. Canpotex is a Canadian potash export and marketing company jointly owned by Defendants Nutrien and Mosaic. Canpotex coordinates the offshore marketing, sales, and transportation of potash produced by Nutrien and Mosaic.

120. Canpotex was formed in 1972 as a joint export association for Canadian potash producers. Through Canpotex, its owners collectively market and distribute potash produced from their Canadian mines to customers outside of North America. Canpotex's five largest markets (Brazil, China, India, Indonesia, and Malaysia) account for approximately 75% of Canpotex's annual potash exports.

121. Canpotex operates an integrated export system that includes a fleet of specialized railcars, port terminal facilities, and dedicated ocean vessels used to transport potash overseas.

---

[75] *See* ARA Mission Statement and Structure and Governance, *available at* https://www.aradc.org/about/about-ara (last visited Apr. 21, 2026).
[76] ARA Board of Directors, *available at* https://www.aradc.org/board (last visited Apr. 21, 2026).
[77] *See, e.g.*, 2026 ARA Conference & Expo, *available at* https://www.aradc.org/2026-conference-expo (last visited Apr. 21, 2026).
[78] ARA Committees, *available at* https://www.aradc.org/get-involved (last visited Apr. 21, 2026).

This infrastructure allows Canpotex's members to export potash from Saskatchewan mines to overseas customers through a centralized transportation network.

122. By selling potash through a single export marketing organization, Canpotex provides its owners, Defendants Nutrien and Mosaic, with a mechanism for coordinating key aspects of potash sales, including export volumes and shipment schedules. Upon information and belief, Canpotex collects and manages competitively sensitive information concerning potash production, inventories, customer demand, pricing conditions, and shipment logistics.

123. Although Canpotex is not used to export potash into the United States, the use of Canpotex as a joint exporting and marketing organization generally creates opportunities for would-be competitors, Defendants Nutrien and Mosaic, to exchange competitively sensitive information and align their pricing and supply strategies in the United States.

124. Moreover, Defendants' employees display significant overlap with those of Canpotex. For example, Nutrien's CEO was formerly the President and CEO of Canpotex.

125. ***High barriers to entry:*** There are also high barriers to becoming a manufacturer of NPK Fertilizers. A large investment of capital and other resources is required to enter the industry, as companies wishing to enter must purchase or lease land, operating facilities, and machinery for processing and producing NPK Fertilizers. The costs and importance of research and development and regulatory compliance in the industry also may deter new entrants.

126. Potential entrants to the industry must make a significant financial investment to acquire, maintain, and update production facilities and equipment. Larger players have an advantage because they are able to build or acquire multiple manufacturing facilities, discouraging others from entering.

127. Thus, the start-up capital necessary to compete with today's NPK Fertilizer manufacturers would be substantial. NPK Fertilizer manufacturers have significant economies of scale, utilizing large and expensive production facilities. Barriers to entry in NPK Fertilizer manufacturing both prevent new competitors from entering the market and make the market susceptible to collusion.

128. ***Inelastic demand:*** Demand for NPK Fertilizers is inelastic. Industries with inelastic demand, such as the NPK Fertilizers manufacturing industry, are more susceptible to cartel formation and behavior than industries with elastic demand.

129. A lack of substitute goods may be a characteristic of inelastic demand. NPK Fertilizers cannot be interchanged freely with other goods—although there are other fertilizers, NPK Fertilizers are unique because they provide precise, balanced nutrients, rapid soil availability, and broad crop adaptability.

130. Customers similarly do not view NPK Fertilizers as interchangeable with other fertilizers.

131. ***Unconcentrated demand side:*** The unconcentrated nature of the demand side of the NPK Fertilizers market and lack of buyer power sufficient to stimulate competition also makes this market susceptible to collusion. Such a large number of buyers, each of whom forms a small share of the total marketplace, means that there is less incentive for Defendants to cheat on collusive pricing arrangements, since each potential sale is small, while the risk of disrupting the collusive pricing agreement carries large penalties.

132. ***History of antitrust violations:*** Finally, the NPK Fertilizers industry has a history of antitrust violations. In the early 1990s, several potash producers were the subject of a price-fixing investigation by the DOJ's Antitrust Division.

133. On September 12, 2008, U.S. purchasers filed antitrust lawsuits alleging that major producers—including Mosaic, PotashCorp, and Agrium—coordinated production and sales to keep potash prices artificially high.[79] *See In re Potash Antitrust Litig.*, 667 F. Supp. 2d 907, 916, 919 (N.D. Ill. 2009). Plaintiffs alleged that producers shared market information, allocated volumes, and restricted output as part of a tight-knit global cartel.[80] Plaintiffs' claims survived a motion to dismiss, which the Seventh Circuit affirmed. *Minn-Chem, Inc. v. Agrium, Inc.*, 683 F.3d 845, 860 (7th Cir. 2012). Mosaic and PotashCorp later settled the private antitrust claims for approximately $43.75 million each, and Agrium settled the claims for $10 million (without admitting wrongdoing).[81]

**F. Government Investigations into Price-Fixing in the Fertilizer Industry**

134. On September 29, 2025, the DOJ and United States Department of Agriculture (USDA) announced a Memorandum of Understanding "formalizing a partnership to protect competition in key agricultural markets such as feed, fertilizer, fuel, seed, equipment, and other essential goods."[82]

135. "Antitrust enforcement ensures free market competition for agricultural inputs, lowering costs for farmers and prices for consumers," said Assistant Attorney General Abigail

---

[79] *See* "Potash Producers Must Face Buyers' U.S. Antitrust Lawsuit" (July 27, 2012), *available at* https://www.fertilizerworks.com/news/potash-producers-must-face-buyers%E2%80%99-us-antitrust-lawsuit?utm_source=chatgpt.com (last visited Apr. 21, 2026) (discussing *Minn-Chem Inc. v. Agrium Inc.*, No. 10-1712 (7th Cir. 2008).

[80] *See* "Potash Price-Fixing Conspiracy Alleged" (Sept. 12, 2008), *available at* https://www.courthousenews.com/potash-price-fixing-conspiracy-alleged/?utm_source=chatgpt.com.

[81] "The Mosaic Company Announces Settlement of Potash Antitrust Litigation" (Jan. 30, 2013), *available at* https://www.prnewswire.com/news-releases/the-mosaic-company-announces-settlement-of-potash-antitrust-litigation-189020521.html?utm_source=chatgpt.com (last visited Apr. 21, 2026).

[82] Press Release, "Justice Department and USDA Coordinate to Protect Competition in Agricultural Inputs" (Sept. 29, 2025), available at https://www.justice.gov/opa/pr/justice-department-and-usda-coordinate-protect-competition-agricultural-inputs.

Slater of the Justice Department's Antitrust Division. "America's farmers deserve nothing less than the best the Antitrust Division and USDA can do to promote competitive markets that free them to feed America."[83]

136. On October 28, 2025, the President of the Iowa Corn Growers Association ("ICGA"), Mark Mueller, addressed a U.S. Senate Committee Hearing on Competition Issues in the Seed & Fertilizer Industries, telling them that, "the massive increase in the cost of fertilizer is crushing corn growers in Iowa, and they aren't alone. Growers across the country are facing an impossible decision: buy fertilizer or stay solvent."[84] Mueller attributed the high fertilizer prices to two decades of unchecked consolidation in the U.S. Fertilizer industry, which left only a few major companies controlling each market segment.[85]

137. According to Mueller, the effects of this market concentration had led to fertilizer costs that far outpaced the price farmers received for their corn.[86] For example, the amount of corn sales required to purchase one unit of monoammonium phosphate (a fertilizer that combines phosphorous and nitrogen) had increased from an average of 136 bushels over the last five years to 230 bushels today, increasing the economic pressure on farmers, as fertilizer prices escalate while crop revenues remain comparatively stagnant.[87]

138. In December 2025, President Donald Trump issued an Executive Order directing the U.S. Attorney General and the Chairman of the Federal Trade Commission to each establish a

---

[83] *Id.*

[84] Testimony of Mark Mueller, President of the Iowa Corn Growers Association, U.S. Senate Committee Judiciary Hearing on Competition Issues in the Seed & Fertilizer Industries (Oct. 28, 2025), *available at* https://www.grassley.senate.gov/imo/media/doc/mark_mueller_testimony_senate_judiciary_committee_submitted_version.pdf.

[85] *Id.*

[86] *Id.*

[87] *Id.*

Food Supply Chain Security Task Force within their respective agencies to aggressively investigate price-fixing and anti-competitive practices across the food sector.[88]

139. On January 21, 2026, United States Department of Agriculture Deputy Secretary, Stephen Vaden, held a videotaped conversation with the National Agricultural Law Center, in which he attributed high fertilizer prices to anti-competitive conduct, telling the audience that:

> Mosaic and Nutrien[] have a joint venture in Canada where they openly, their word[,] work together, my word, collude to control prices up there. That would be such a clear violation of the antitrust laws of the United States. They don't bring that joint venture officially down here in the United States, but what they've been able to manage to do through other means is achieving the same result, constraining supply and driving up the price that farmers pay.… It's unacceptable. . . we're not going to allow these two companies to do anything to undermine . . . any other new market participant that wants to come in, provide new fertilizer supply and break up the cute little game that Mosaic and Nutrient have been playing for the last several years.[89]

140. In February 2026, both the ICGA and the Texas Corn Producers Association sent separate letters to U.S. Attorney General Pam Bondi seeking information about what the DOJ is doing to pursue possible antitrust actions against the fertilizer industry.[90] As reported by Progressive Farmer, the letters reflect farmers' growing frustrations over lower crop returns while fertilizer prices continue to remain high.[91]

---

[88] The White House, Fact Sheet: "President Donald J. Trump Addresses Security Risks from Price Fixing and Anti-Competitive Behavior in the Food Supply Chain" (Dec. 6, 2025), *available at* https://www.whitehouse.gov/fact-sheets/2025/12/fact-sheet-president-donald-j-trump-addresses-security-risks-from-price-fixing-and-anti-competitive-behavior-in-the-food-supply-chain/.

[89] A Conversation with USDA Deputy Secretary Stephen Vaden (Jan. 21, 2026), recording *available at* https://nationalaglawcenter.org/webinars/vaden/.

[90] Progressive Farmer, "Iowa Corn Growers Urge Justice Department to Press on Fertilizer Probe" (Mar. 5, 2026), *available at* https://www.dtnpf.com/agriculture/web/ag/crops/article/2026/03/05/iowa-corn-growers-urge-doj-press.

[91] *Id.*

141. On March 4, 2026, Bloomberg reported that the DOJ's Antitrust Division had opened a formal antitrust investigation into the pricing practices of major fertilizer producers in order to determine whether they colluded or coordinated to raise NPK Fertilizer prices for U.S. farmers.[92] Bloomberg further reported that the investigation is focused on CF Industries, Koch, Mosaic, Nutrien, and Yara.[93] Sources told reporters the government inquiry is examining whether coordinated pricing or supply decisions crossed the line into civil or criminal antitrust violations.[94] This investigation is reportedly being run out of the Antitrust Division's Chicago field office. [95]

142. In the wake of additional steep price hikes coinciding with the war in Iran, price increases from fertilizer companies have come under increasing government scrutiny.

143. On April 11, 2026, President Donald Trump posted on social media that he was watching fertilizer prices "closely" during "our fight for freedom in Iran." Stated President Trump: "The United States will not accept PRICE GOUGING from the fertilizer market."[96]

144. In response, Mosaic posted a 111-word statement on social media stating that global fertilizer prices are shaped by a "wide range of well-documented market factors."[97] The company went on to say it was those forces, "not individual producers," that drive the pricing of phosphate and potash fertilizer projects.[98]

---

[92] Josh Sisco, "DOJ Probes US Fertilizer Market for Possible Price Fixing," Bloomberg Law (Mar. 4, 2026), *available at* https://www.bloomberg.com/news/articles/2026-03-04/doj-probes-us-fertilizer-market-for-possible-price-fixing

[93] *Id.*

[94] *Id.*

[95] *Id.*

[96] Joshua Baethge, "Trump administration poised to take on fertilizer giant, Farm Futures" (Apr. 14, 2026), available at https://www.farmprogress.com/farm-policy/trump-administration-poised-to-take-on-fertilizer-giant.

[97] *Id.*

[98] *Id.*

145. On April 13, 2026, during a meeting with the North American Agricultural Journalists association in Washington, D.C., Deputy Secretary Vaden called out fertilizer giant Mosaic for its April 8 decision to idle two plants in Brazil.[99] Together, those facilities produce about 1 million metric tons of phosphate.[100]

146. Deputy Secretary Vaden was quoted as asking, "What is one of the world's largest producers of that commodity doing taking a million metric tons away from the world market?. . . What possible motivation other than further constricting supply, sowing uncertainty and already sufficient profit margins could they possibly have?"[101]

147. Deputy Secretary Vaden expanded further when discussing how Mosaic officials have responded to recent criticisms: "Are we fools? Or are they trying to just sell a story, to try to continue with a larger share of profits than they would otherwise have if there were a true market with multiple competitors for this necessary commodity?"

148. Hours after Deputy Secretary Vaden's remarks, USDA Secretary Brooke Rollins weighed in on social media, saying she was "disappointed" with Mosaic, retweeting the company's April 11 post.[102] "Any sleight of hand will not be tolerated," she added, tagging Deputy Secretary Vaden, President Trump, Commerce Secretary Howard Lutnick, Acting Attorney General Todd Blanche, DOJ, Treasury Secretary Scott Bessent and the office of the U.S. Trade Representative in her post.[103]

---

[99] *Id.*
[100] *Id.*
[101] *Id.*
[102] *Id.*
[103] *Id.*

149. On April 14, 2026, Bloomberg reported that "the Trump administration is seeking information from farmers to help with an ongoing Justice Department probe into high costs for fertilizer, machinery and other farm inputs."[104]

150. "U.S. Department of Agriculture Deputy Secretary Stephen Vaden said he has met with officials at the Justice Department and the Federal Trade Commission to discuss lines of inquiry, and knows that 'farmers have a lot of information that might be relevant to these investigations,'" reported Bloomberg.[105]

151. Farm Week reported that on April 15, 2026, Secretary Rollins and other cabinet members met with representatives of four top fertilizer companies.[106]

152. While speaking about the meeting the following day, Secretary Rollins acknowledged that consolidation was largely to blame for the higher prices, emphasizing that a handful of companies have "basically taken over the market in all of the inputs," resulting in a lack of competition. "Fertilizer is the current crisis of the day," Rollins said.[107]

153. While the war with Iran has further exposed the market dynamics in the fertilizer industry, government regulators have made clear that the war is not the primary driver of the higher prices. Stated Deputy Secretary Vaden: "I'm genuinely sorry that it has taken a conflict in the

---

[104] Ilena Peng and Michael Hirtzer, "USDA Wants Farmer Help with Fertilizer Probe as Prices Soar" Bloomberg (Apr. 13, 2026) available at https://www.bloomberg.com/news/articles/2026-04-13/usda-wants-farmers-to-help-with-fertilizer-probe-as-prices-soar.
[105] *Id.*
[106] Tammie Sloup, "Rollins Teases Fertilizer Plan," Farmweek (Apr. 20, 2026) available at https://www.farmweeknow.com/profitability/rollins-teases-fertilizer-plan/article_54aef213-e98c-4498-8982-a85d3fc51367.html.
[107] *Id.*

Middle East in order to bring these questions to the forefront. But now that they are at the forefront, I think it's time that we all start asking questions."[108]

## V. ANTITRUST IMPACT AND DAMAGES TO THE PLAINTIFF AND THE CLASS

154. Because of the Defendants' anticompetitive conduct: (1) competition in the NPK Fertilizers market has been reduced or eliminated, (2) prices for NPK Fertilizers have been maintained at supracompetitive levels, and (3) United States purchasers of NPK Fertilizers have been deprived of the benefit of price competition.

155. As described herein, during the Class Period, Plaintiff directly purchased NPK Fertilizers from the Defendants.

156. As a result of the Defendants' anticompetitive conduct, Plaintiff and Class members paid more for NPK Fertilizers than they otherwise would have and thus suffered antitrust injury and damages. The overcharges paid by Plaintiff and members of the Class for NPK Fertilizers constitutes antitrust injury and harm to competition under the federal antitrust laws.

157. This is conduct that the antitrust laws were meant to punish and prevent. Defendants' price fixing agreements are *per se* unlawful, or, alternatively, are unlawful under either a "quick look" or Rule of Reason analysis.

## VI. STATUTES OF LIMITATIONS AND TOLLING

158. Plaintiff and members of the Class had neither actual nor constructive knowledge of the facts constituting their claim for relief. Plaintiff and Class members did not discover and could not have discovered through the exercise of reasonable diligence, the existence of the conspiracy alleged herein until shortly before filing this action.

---

[108] Ilena Peng and Michael Hirtzer, "USDA Wants Farmer Help with Fertilizer Probe as Prices Soar" Bloomberg (Apr. 13, 2026) *available at* https://www.bloomberg.com/news/articles/2026-04-13/usda-wants-farmers-to-help-with-fertilizer-probe-as-prices-soar.

159. Throughout the Class Period, Defendants effectively, affirmatively, and fraudulently concealed their anticompetitive agreement from Plaintiff and members of the Class.

160. Due to Defendants' fraudulent concealment, which is ongoing, any applicable statute of limitations affecting or limiting the rights of action by Plaintiff or members of the Class has been tolled during the period of such fraudulent concealment.

## VII. CLASS ACTION ALLEGATIONS

161. Plaintiff brings this action on behalf of itself and as a class action under Rules 23(a), (b)(2) and (b)(3) of the Federal Rules of Civil Procedure on behalf of the following class (the "Class"):

> All persons and entities in the United States and its territories who purchased NPK Fertilizers directly from one or more of the Defendants, or from any division, parent company, subsidiary, predecessor, agent, or affiliate of such Defendants, at any time during the period beginning no later than January 1, 2021 until the date on which Defendants' unlawful conduct and its anticompetitive effects cease to persist ("Class Period"). Excluded from the Class are Defendants, their parent companies, subsidiaries, affiliates, officers, directors, employees, assigns, successors, agents, counsel, the Court and its staff and immediate family members, and all government entities.

162. ***Numerosity.*** While Plaintiff does not know the exact number of members of the Class, Plaintiff believes the class size is so numerous that joinder is impracticable given Defendants' substantial nationwide presence.

163. ***Commonality.*** Common questions of law and fact exist as to all members of the Class. This is particularly true given the nature of Defendants' unlawful anticompetitive conduct, which was generally applicable to all the members of the Class, thereby making relief with respect to the Class as a whole appropriate. Such questions of law and fact common to the Class include, but are not limited to:

(a) Whether Defendants engaged in a combination or conspiracy among themselves to fix, raise, maintain, and/or stabilize the prices of NPK Fertilizers in the United States and its territories;

(b) The identity of the participants in the alleged conspiracy;

(c) The duration of the alleged conspiracy and the acts carried out by Defendants in furtherance of the conspiracy;

(d) Whether the alleged conspiracy violated Sections 1 and 3 of the Sherman Act;

(e) Whether the conduct of Defendants, as alleged in this Complaint, caused injury to the business or property of Plaintiff and the members of the Class;

(f) The effect of the alleged conspiracy on the price of NPK Fertilizers during the Class Period;

(g) Whether the Defendants fraudulently concealed the existence of their anticompetitive conduct from Plaintiff and the members of the Class;

(h) The appropriate injunctive and related equitable relief for Plaintiff and the Class; and

(i) The appropriate class-wide measure of damages.

164. ***Typicality.*** Plaintiff's claims are typical of the claims of the members of the Class, and Plaintiff and undersigned counsel will fairly and adequately protect the interests of the Class. Plaintiff and all members of the Class are similarly affected by Defendants' unlawful conduct in that they paid artificially inflated prices for NPK Fertilizers from Defendants.

165. ***Adequacy.*** Plaintiff's claims arise out of the same common course of conduct giving rise to the claims of the other members of the Class. Plaintiff's interests are coincident with, and not antagonistic to, those of the other members of the Class. Plaintiff is represented by competent counsel who are experienced in the prosecution of antitrust and class action litigation.

166. ***Predominance.*** The questions of law and fact common to the members of the Class predominate over any questions affecting only individual members, including legal and factual issues relating to liability and damages.

167. ***Superiority.*** Class action treatment is a superior method for the fair and efficient adjudication of the controversy in that, among other things, such treatment will permit a large number of similarly situated persons to prosecute their common claims in a single forum simultaneously, efficiently, and without the unnecessary duplication of evidence, effort, and expense that numerous individual actions would engender. The benefits of proceeding through the class mechanism, including providing injured persons or entities with a method for obtaining redress for claims that it might not be practicable to pursue individually, substantially outweigh any difficulties that may arise in management of this class action. Moreover, the prosecution of separate actions by individual members of the Class would create a risk of inconsistent or varying adjudications, establishing incompatible standards of conduct for Defendants.

## VIII. INTERSTATE TRADE AND COMMERCE

168. Billions of dollars of transactions in NPK Fertilizers are entered into each year in interstate commerce in the United States and its territories and the payments for those transactions flowed in interstate commerce.

169. Defendants' conspiracy had a direct, substantial, and foreseeable impact on interstate commerce in the United States and its territories.

170. Defendants intentionally targeted their unlawful conduct to affect commerce, including interstate commerce within the United States and its territories, by combining, conspiring, and/or agreeing to fix, maintain, stabilize, and/or artificially inflate prices for NPK Fertilizers in the United States.

171. Defendants' unlawful conduct has a direct and adverse impact on competition in the United States and its territories. Absent Defendants' conspiracy to fix the prices of NPK Fertilizers sold in the United States, the prices of NPK Fertilizers would have been determined by a competitive, efficient market.

## IX. ANTITRUST INJURY

172. Defendants' antitrust conspiracy had the following effects, among others:

(a) Price competition has been restrained or eliminated with respect to the pricing of NPK Fertilizers;

(b) The prices of NPK Fertilizers have been fixed, raised, maintained, and/or stabilized at artificially inflated levels;

(c) Purchasers of NPK Fertilizers have been deprived of the benefits of free and open competition; and

(d) Purchasers of NPK Fertilizers paid artificially inflated prices.

173. The purpose of the conspiratorial and unlawful conduct of Defendants and their co-conspirators was to fix, raise, stabilize, and/or maintain the price of NPK Fertilizers.

174. The precise amount of the overcharge impacting the prices of NPK Fertilizers paid by Plaintiff and the Class can be measured and quantified using well-accepted economic models.

175. By reason of the alleged violations of the antitrust laws, Plaintiff and the members of the Class have sustained injury to their businesses or property, having paid higher prices for NPK Fertilizers than they would have paid in the absence of Defendants' illegal contract, combination, or conspiracy and, as a result, have suffered damages in an amount presently undetermined. This is an antitrust injury of the type that the antitrust laws were meant to redress.

## X. CLAIM

### Count I: Violation of Sections 1 and 3 of the Sherman Act (15 U.S.C. §§ 1, 3) (Conspiracy in Restraint of Trade)

176. Plaintiff repeats and realleges the allegations set forth above as if set forth fully herein.

177. Beginning as early as January 1, 2021, the exact date being unknown, until the date on which any Class is certified, Defendants entered into and engaged in a contract, combination,

or conspiracy with regard to NPK Fertilizers in unreasonable restraint of trade in violation of Sections 1 and 3 of the Sherman Act (15 U.S.C. §§ 1, 3).

178. The contract, combination, or conspiracy consisted of an agreement among the Defendants to fix, raise, stabilize, or maintain at artificially high levels the prices they charged for NPK Fertilizers in the United States and its territories.

179. In formulating and effectuating this conspiracy, Defendants did those things that they combined and conspired to do, including the following:

(a) Exchanging competitively sensitive information among themselves, with the aim to fix, raise, stabilize, or maintain prices of NPK Fertilizers sold in the United States and its territories;

(b) Participating in meetings and conversations among themselves during which they agreed to charge prices at certain levels, and otherwise to fix, raise, stabilize, or maintain prices of NPK Fertilizers, including surcharges on NPK Fertilizers sold in the United States and its territories; and

(c) Participating in meetings and conversations among themselves to implement, adhere to, and police the agreements they reached.

180. Defendants engaged in the actions described above for the purpose of carrying out their unlawful agreements to fix, raise, stabilize, or maintain prices of NPK Fertilizers.

181. Defendants' conspiracy had the following effects, among others:

(d) Price competition in the market for NPK Fertilizers has been restrained, suppressed, and/or eliminated;

(e) Prices for NPK Fertilizers provided by Defendants have been fixed, raised, stabilized, or maintained at artificially high, non-competitive levels throughout the United States and its territories; and

(f) Plaintiff and members of the Class who purchased NPK Fertilizers from Defendants have been deprived of the benefits of free and open competition.

182. Plaintiff and members of the Class have been injured and will continue to be injured in their business and property by paying more for NPK Fertilizers purchased from Defendants than they would have paid and will pay in the absence of the conspiracy.

183. The alleged contract, combination, or conspiracy is a *per se* violation of the federal antitrust laws, or, alternatively, is unlawful under either a "quick look" or Rule of Reason analysis.

184. Plaintiff and members of the Class are entitled to treble damages and an injunction against Defendants to prevent and restrain the violations alleged herein.

## XI. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff and the Class respectfully request the following relief:

A. The Court determine that this action may be maintained as a class action under Rule 23(a), (b)(2), and (b)(3) of the Federal Rules of Civil Procedure, appoint Plaintiff as representative of the Class and the undersigned law firms as Class Counsel, and direct that reasonable notice of this action, as provided by Rule 23(c)(2) of the Federal Rules of Civil Procedure, be given to each and every member of the Class;

B. The Court adjudge and decree that the acts of the Defendants are illegal and unlawful, including their agreement, contract, combination, or conspiracy, and that acts done in furtherance thereof by Defendants be adjudged to have been *per se* violations of Sections 1 and 3 of the Sherman Act (15 U.S.C. §§ 1, 3);

C. The Court permanently enjoin and restrain Defendants, their affiliates, successors, transferees, assignees, and other officers, directors, agents, and employees thereof, and all other persons acting or claiming to act on their behalf, from in any manner continuing, maintaining, or renewing the conduct, contract, conspiracy, or combination alleged herein, and from entering into any other contract, conspiracy, or combination having a similar purpose or effect, and from adopting or following any practice, plan, program, or device having a similar purpose or effect;

D. That Judgment be entered against Defendants, jointly and severally, and in favor of Plaintiff and members of the Class for treble the damages sustained by Plaintiff and the Class as allowed by law, together with costs of the action, including reasonable attorneys' fees, pre- and

post-judgment interest at the highest legal rate from and after the date of service of this Complaint to the extent provided by law;

E. That each of the Defendants, and their respective successors, assigns, parents, subsidiaries, affiliates, and transferees, and their officers, directors, agents, and representatives, and all other persons acting or claiming to act on behalf of Defendants or in concert with them, be permanently enjoined and restrained from, in any manner, directly or indirectly, continuing, maintaining or renewing the combination, conspiracy, agreement, understanding, or concert of action as alleged herein; and

F. That the Court award Plaintiff and members of the Class such other and further relief as the case may require and the Court may deem just and proper under the circumstances.

## JURY DEMAND

Plaintiff demands a trial by jury, pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, of all issues so triable.

Dated: April 21, 2026

Respectfully submitted,

*/s/ Linda P. Nussbaum*
Linda P. Nussbaum (admitted *pro hac vice*)
**NUSSBAUM LAW GROUP, P.C.**
1225 Franklin Avenue, Suite 325
Garden City, NY 11530
Telephone: (917) 438-9189
Email: lnussbaum@nussbaumpc.com

Laurel G. Bellows
Nicholas Economakos
**THE BELLOWS LAW GROUP, P.C.**
The Metropolitan Building
134 N. LaSalle Street
Suite 820
Chicago, IL 60602
Telephone: (312) 332-3340

Fax: (312) 332-1190
Email: Lbellows@bellowslaw.com
Email: Neconomakos@bellowslaw.com

Roberta D. Liebenberg*
Jeffrey B. Gittleman
Sandra L. Duggan*
Gerard A. Dever*
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Telephone: (215) 567-6565
Email: rliebenberg@finekaplan.com
Email: jgittleman@finekaplan.com
Email: sduggan@finekaplan.com
Email: gdever@finekaplan.com

Marco Cercone (admitted *pro hac vice*)
**RUPP PFALZGRAF LLC**
1600 Liberty Building
424 Main Street
Buffalo, NY 14202
Telephone: (716) 854-3400 Ext 214
Email: cercone@RuppPfalzgraf.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street
Suite 2100
Chicago, IL 60606
Telephone.: 866.252.0878
Email: gklinger@milberg.com

*Counsel for Plaintiff and the Proposed Class*

*Pro Hac Vice Application Forthcoming*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: April 21, 2026

Respectfully submitted,

*/s/ Linda P. Nussbaum*
Linda P. Nussbaum (admitted *pro hac vice*)
**NUSSBAUM LAW GROUP, P.C.**
1225 Franklin Avenue, Suite 325
Garden City, NY 11530
Telephone: (917) 438-9189
Email: lnussbaum@nussbaumpc.com